| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| DAVID L. NEALE (SBN 141225)<br>IRV M. GROSS (SBN 53659)<br>TODD M. ARNOLD (SBN 221868)<br>LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br><br>*Attorney for Petitioner* | RECEIVED<br>MAR 17, 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | CASE NO.: |
| Debtor set forth here all names, including trade names, used by Debtor within last 6 years.<br><br>In re<br><br>Capitol Films Development, LLC<br><br>Debtor. | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE** |

To the above-named debtor(s):

Pursuant to 11 U.S.C. § 303, a petition was filed on _____ in this Bankruptcy Court, praying for the entry of an order for relief against you under chapter 11 of title 11 of the United States Code. A copy of the petition accompanies this summons.

If you wish to oppose the entry of an order for relief, you must file with the Clerk of this court an answer to the petition or a motion pursuant to Federal Rule of Bankruptcy Procedure 1011(c) within 21 days after service of this summons and the attached petition. At the same time, you must also serve a copy of the answer or motion on the petitioner's attorney (or on the petitioner, if the petitioner does not have an attorney) at the address indicated above. If you file a motion under Federal Rule of Bankruptcy Procedure 1011(c), your time to answer the petition will be governed by that rule.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE BANKRUPTCY COURT MAY ENTER AN ORDER FOR RELIEF IN ACCORDANCE WITH 11 U.S.C. § 303(h).**

A Status Conference in the involuntary case commenced by the petition has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☒ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

To the petitioner(s):

**IF YOU FAIL TO SERVE TIMELY THE SUMMONS AND PETITION AND/OR TO FILE PROOF OF SERVICE THEREOF WITH THE COURT OR TO APPEAR AT THE STATUS CONFERENCE, THIS INVOLUNTARY CASE MAY BE DISMISSED IN ACCORDANCE WITH LOCAL BANKRUPTCY RULE 1010-1.**

**Kathleen J. Campbell, Clerk of Court**

Dated: _____    By: _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010    **F 1010-1**

Summons and Notice of Status Conference in an Involuntary Bankruptcy Case - **F 1010-1**

Page 2 of 2

| In re Capitol Films Development, LLC | CASE NUMBER: |
|---|---|
| Debtor. | |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as <u>SUMMONS AND NOTICE OF STATUS CONFERENCE IN AN INVOLUNTARY BANKRUPTCY CASE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010

**F 1010-1**

B5 (Official Form 5) (12/07)         FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Central District of California | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Capitol Films Development, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.)<br>**20-8064856** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**10960 Wilshire Blvd.**<br>**Suite 700**<br>**Los Angeles, CA 90024**<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Los Angeles** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts (Check one box) | Type of Debtor (Form of Organization) | Nature of Business (Check one box) |
|---|---|---|
| Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| **SEE ATTACHED** | | |
| Relationship | District | Judge |
| | | |

**ALLEGATIONS**
(Check applicable boxes)

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
    or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

**FILED**
MAR 17 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

# INVOLUNTARY PETITION ATTACHMENT SHEET

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR

| Applicable | Name of Debtor | Case Number | Date |
|---|---|---|---|
| ☒ | Thinkfilm, LLC | 2:10-bk-_____-____ | March 17, 2010 |
| | **Relationship**<br>Affiliate | **District**<br>Central District of California – Los Angeles Division | **Judge** |
| Applicable | Name of Debtor | Case Number | Date |
| ☒ | R2D2, LLC | 2:10-bk-_____-____ | March 17, 2010 |
| | **Relationship**<br>Affiliate | **District**<br>Central District of California – Los Angeles Division | **Judge** |
| Applicable | Name of Debtor | Case Number | Date |
| ☒ | CT-1 Holdings, LLC | 2:10-bk-_____-____ | March 17, 2010 |
| | **Relationship**<br>Affiliate | **District**<br>Central District of California – Los Angeles Division | **Judge** |
| Applicable | Name of Debtor | Case Number | Date |
| ☒ | Capco Group, LLC | 2:10-bk-_____-____ | March 17, 2010 |
| | **Relationship**<br>Affiliate | **District**<br>Central District of California – Los Angeles Division | **Judge** |

Name of Debtor **Capitol Films Development, LLC**

B5 (Official Form 5) (12/07) - Page 2    Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signed] Edward M. Lyman, attorney_
Signature of Petitioner or Representative (State title)

**Steven Elliot Altman**
Name of Petitioner    Date Signed 3/11/10

Name & Mailing Address of Individual Signing in Representative Capacity:
Edward M. Lyman
The Cochran Firm
4929 Wilshire Blvd
Suite 1010
Los Angeles, CA 90010

X _[signed] Edward M. Lyman_    3/11/2010
Signature of Attorney    Date

**Edward M. Lyman**
Name of Attorney Firm (If any)
The Cochran Firm
4929 Wilshire Blvd
Suite 1010
Los Angeles, CA 90010
Address
Telephone No.    **(323) 931-6200**

X _[signed]_    3/12/10
Signature of Attorney    Date

X _____
Signature of Petitioner or Representative (State title)

**Screen Capital International Corp.**
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
David Molner
345 North Maple Dr.
Suite 294
Beverly Hills, CA 90210

**Levene, Neale, Bender Rankin & Brill LLP**
Name of Attorney Firm (If any)
10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067
Address
Telephone No.    **(310) 229-1234**

X _____
Signature of Attorney    Date

X _____
Signature of Petitioner or Representative (State title)

**Studio Transportation Drivers Local**
Name of Petitioner    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert A. Cantore
Gilbert & Sackman
3699 Wilshire Blvd
Suite 1200
Los Angeles, CA 90010

**Gilbert & Sackman**
Name of Attorney Firm (If any)
3699 Wilshire Blvd
Suite 1200
Los Angeles, CA 90010
Address
Telephone No.    **(323) 938-3000**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Steven Elliot Altman<br>c/o Edward M. Lyman<br>The Cochran Firm<br>4929 Wilshire Blvd, Suite 1010<br>Los Angeles, CA 90010 | Judgment<br>(exclusive of interests, costs, fees and additional rights) | 75,000.00 |
| Screen Capital International Corp.<br>345 North Maple Dr.<br>Suite 294<br>Beverly Hills, CA 90210 | Agent | 594,000.00 |
| Studio Transportation Drivers Local<br>c/o Robert A. Cantore<br>Gilbert & Sackman<br>3699 Wilshire Blvd, Suite 1200 | Judgment | 41,512.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>883,455.98 |

_1_ continuation sheets attached

Name of Debtor **Capitol Films Development, LLC**

B5 (Official Form 5) (12/07) - Page 2    Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

**Steven Elliot Altman**
Name of Petitioner                                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Edward M. Lyman
The Cochran Firm
4929 Wilshire Blvd
Suite 1010
Los Angeles, CA 90010

X_____
Signature of Attorney                            Date

**Edward M. Lyman**
Name of Attorney Firm (If any)
**The Cochran Firm**
4929 Wilshire Blvd
Suite 1010
Los Angeles, CA 90010
Address
Telephone No. **(323) 931-6200**

X _[signature]_  Managing Director        3/10/10
Signature of Petitioner or Representative (State title)

**Screen Capital International Corp.**
Name of Petitioner                                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
David Molner
345 North Maple Dr.
Suite 294
Beverly Hills, CA 90210

X _[signature]_        3/12/10
Signature of Attorney                            Date

**Levene, Neale, Bender Rankin & Brill LLP**
Name of Attorney Firm (If any)

10250 Constellation Boulevard
Suite 1700
Los Angeles, CA 90067
Address
Telephone No. **(310) 229-1234**

X_____
Signature of Petitioner or Representative (State title)

**Studio Transportation Drivers Local**
Name of Petitioner                                Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Robert A. Cantore
Gilbert & Sackman
3699 Wilshire Blvd
Suite 1200
Los Angeles, CA 90010

X_____
Signature of Attorney                            Date

**Gilbert & Sackman**
Name of Attorney Firm (If any)

3699 Wilshire Blvd
Suite 1200
Los Angeles, CA 90010
Address
Telephone No. **(323) 938-3000**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Steven Elliot Altman<br>c/o Edward M. Lyman<br>The Cochran Firm<br>4929 Wilshire Blvd, Suite 1010<br>Los Angeles, CA 90010 | Judgment | 75,000.00 |
| Screen Capital International Corp.<br>345 North Maple Dr.<br>Suite 294<br>Beverly Hills, CA 90210 | Agent | 594,000.00 |
| Studio Transportation Drivers Local<br>c/o Robert A. Cantore<br>Gilbert & Sackman<br>3699 Wilshire Blvd, Suite 1200 | Judgment | 41,512.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 883,455.98 |

_____1_____ continuation sheets attached

Name of Debtor **Capitol Films Development, LLC**

B5 (Official Form 5) (12/07) - Page 2    Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____    X _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

**Steven Elliot Altman**    **Edward M. Lyman**
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)
    **The Cochran Firm**
Name & Mailing    Edward M. Lyman    **4929 Wilshire Blvd**
Address of Individual    The Cochran Firm    **Suite 1010**
Signing in Representative    4929 Wilshire Blvd    **Los Angeles, CA 90010**
Capacity    Suite 1010    Address
    Los Angeles, CA 90010    Telephone No.    **(323) 931-6200**

X _____    X _____
Signature of Petitioner or Representative (State title)    Signature of Attorney    Date

**Screen Capital International Corp.**    **Levene, Neale, Bender Rankin & Brill LLP**
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing    **David Molner**    **10250 Constellation Boulevard**
Address of Individual    **345 North Maple Dr.**    **Suite 1700**
Signing in Representative    **Suite 294**    **Los Angeles, CA 90067**
Capacity    **Beverly Hills, CA 90210**    Address
    Telephone No.    **(310) 229-1234**

X _[signature]_ Atty    X _[signature]_    3-12-10
Signature of Petitioner or Representative (State title)  3-12-10    Signature of Attorney    Date

**Studio Transportation Drivers Local**    **Gilbert & Sackman**
Name of Petitioner    Date Signed    Name of Attorney Firm (If any)

Name & Mailing    **Robert A. Cantore**    **3699 Wilshire Blvd**
Address of Individual    **Gilbert & Sackman**    **Suite 1200**
Signing in Representative    **3699 Wilshire Blvd**    **Los Angeles, CA 90010**
Capacity    **Suite 1200**    Address
    **Los Angeles, CA 90010**    Telephone No.    **(323) 938-3000**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Steven Elliot Altman<br>c/o Edward M. Lyman<br>The Cochran Firm<br>4929 Wilshire Blvd, Suite 1010<br>Los Angeles, CA 90010 | Judgment | 75,000.00 |
| Screen Capital International Corp.<br>345 North Maple Dr.<br>Suite 294<br>Beverly Hills, CA 90210 | Agent | 594,000.00 |
| Studio Transportation Drivers Local<br>c/o Robert A. Cantore<br>Gilbert & Sackman<br>3699 Wilshire Blvd, Suite 1200 | Judgment | 41,512.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>883,455.98 |

1 continuation sheets attached

Name of Debtor  Capitol Films Development, LLC

B5 (Official Form 5) (12/07) - Page 2                                                      Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _[signature]_    3/10/10
Signature of Petitioner or Representative (State title)

**Writers Guild of America West, Inc.**
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Kathy Christovich, Dir. of Legal Affairs**
**7000 W. Third Street**
**Los Angeles, CA 90048**

X _____ 
Signature of Attorney                              Date

**Bush Gottlieb Singer Lopez**
Name of Attorney Firm (If any)
**Kohanski Adelstein & Dickinson**
**500 North Central Avenue**
**Suite 800**
**Glendale, CA 91203**
Address
Telephone No.    **(818) 973-3253**

X _____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney                              Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

_____
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney                              Date

Name of Attorney Firm (If any)

Address
Telephone No. _____

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Writers Guild of America West, Inc.<br>Maureen Oxley, Esq.;<br>Director of Residuals<br>7000 W. Third Street<br>Los Angeles, CA 90048 | Judgment Confirming Arbitration Award<br>(Claim is Exclusive of Interest Accruing After October 1, 2009) | 172,943.98 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>883,455.98 |

_1_ of _1_ continuation sheets attached

Name of Debtor **Capitol Films Development, LLC**

B5 (Official Form 5) (12/07) - Page 2

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____           X_____  3/11/10
Signature of Petitioner or Representative (State title)    Signature of Attorney                                Date

**Writers Guild of America West, Inc.**                    **Bush Gottlieb Singer Lopez**
Name of Petitioner            Date Signed                  Name of Attorney Firm (If any)
                                                           **Kohanski Adelstein & Dickinson**
Name & Mailing        **Kathy Christovich, Dir. of Legal**  **500 North Central Avenue**
Address of Individual **Affairs**                           **Suite 800**
Signing in Representative **7000 W. Third Street**          **Glendale, CA 91203**
Capacity              **Los Angeles, CA 90048**             Address
                                                           Telephone No. **(818) 973-3253**


X_____           X_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                                Date

_____            Name of Attorney Firm (If any)
Name of Petitioner            Date Signed

Name & Mailing
Address of Individual                               _____
Signing in Representative                           Address
Capacity                                            Telephone No.


X_____           X_____
Signature of Petitioner or Representative (State title)    Signature of Attorney                                Date

_____            Name of Attorney Firm (If any)
Name of Petitioner            Date Signed

Name & Mailing
Address of Individual                               _____
Signing in Representative                           Address
Capacity                                            Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Writers Guild of America West, Inc.<br>Maureen Oxley, Esq.;<br>Director of Residuals<br>7000 W. Third Street<br>Los Angeles, CA 90048 | Judgment Confirming Arbitration Award<br>(Claim is Exclusive of Interest Accruing After October 1, 2009) | 172,943.98 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>883,455.98 |

**1** of **1** continuation sheets attached