1  DAVID L. NEALE (SBN 141225)
   IRV M. GROSS (SBN 53659)
2  TODD M. ARNOLD (SBN 221868)
3  LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
   10250 Constellation Boulevard, Suite 1700
4  Los Angeles, California 90067
   Telephone: (310) 229-1234
5  Facsimile: (310) 229-1244
   E-mails: DLN@LNBRB.COM; IMG@LNBRB.COM, TMA@LNBRB.COM
6
7  Counsel for Certain Petitioning Creditors

8
               **UNITED STATES BANKRUPTCY COURT**
9
               **CENTRAL DISTRICT OF CALIFORNIA**
10
               **LOS ANGELES DIVISION**
11

12  In re                           ) Case No. 2:10-bk-19938-BR
                                     )
13  CAPITOL FILMS DEVELOPMENT, LLC,  ) Chapter 11 Case
                                     )
14              Alleged Debtor.      ) **DECLARATION OF HENRY LAN IN**
                                     ) **SUPPORT OF EMERGENCY**
15                                   ) **MOTION FOR AN ORDER**
                                     ) **APPOINTING A TRUSTEE**
16                                   )
17                                   )
                                     )
18                                   ) Hearing Date:
                                     ) Date:    [TBD]
19                                   ) Time:    [TBD]
                                     ) Place:   Courtroom 1668
20                                   )          255 E. Temple St.
                                     )          Los Angeles, CA
21                                   )
22                                   )
                                     )
23                                   )
                                     )
24                                   )
                                     )
25                                   )
                                     )
26                                   )
                                     )
27                                   )
                                     )
28                                   )

                          - 1 -

# DECLARATION OF HENRY LAN[1]

I, Henry Lan, declare as follows:

1.      I am a chartered accountant and a licensed insolvency practitioner in the firm David Rubin & Partners LLP of Pearl Assurance House, 319 Ballards Lane, London N12 8LY.   I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify to those matters.

2.      On or about 2 February 2010, the High Court of Justice in England in Case Number 407 of 2010, granted an administration order in relation to Capitol Films Limited ("Capitol") upon the application of Capitol pursuant to paragraph 12(1)(a) of Schedule B1 to the Insolvency Act 1986 (the "Schedule").  I and my partner David Rubin were appointed as joint administrators of Capitol.

3.      Administration proceedings are broadly analogous to Chapter 11 proceedings under US bankruptcy law.  In accordance with paragraph 43(1) of the Schedule no legal process may be taken or continued against Capitol, including any steps to enforce security over its property, without the consent of the administrator or with the permission of the English court.  Furthermore, the administrator himself may only dispose of property which is subject to a security (other than a floating charge) as if it were not subject to the security with the permission of the English court (paragraph 71(1) of the Schedule), and the administrator's proposals may not include any action which affects the right of a secured creditor of the company to enforce its security (paragraph 73(1) of the Schedule).

4.      The administrator has the general power to do anything necessary or expedient for the management of the affairs, business and property of Capitol (paragraph 59(1) of the Schedule).  The administrator also has a general duty on his appointment to take custody or control of all the property to which he thinks Capitol is entitled (paragraph 67 of the Schedule).

---

[1] This declaration is also to be filed in support of a motion for a temporary restraining order by one of the petitioning creditors in a related state court proceeding.

5.    At the present time, the administrator is in the process of determining the status and extent of Capitol's assets and its liabilities.  As appears from the documents filed with the English court in support of the appointment of administrators, Capitol is currently unable to pay its debts.  It is too early to know whether there will be a dividend payable to unsecured creditors from realizations of assets after payment to secured and preferential creditors.

6.    I am informed by representatives of Aramid Entertainment Fund Limited that TFC Library, LLC ("TFC"), is owned directly or indirectly by Ron Tutor, one of the owners of Capitol.  I have seen a copy of the notice of a UCC foreclosure sale in Los Angeles which is now scheduled to take place on March 22, 2010 (the "Sale) attached as Exhibit "A".

7.    I am aware that certain creditors of Capitol believe that Capitol and/or the secured creditors of Capitol is/are the purported owner of several of the assets that are the subject of the pending Sale.

8.    I have no direct knowledge of the affairs of TFC.  I do not know whether TFC has a valid security interest in the assets it is planning to foreclose on, or whether it acquired its purported security interest directly or indirectly from the owners of Capitol, by way of an intermediate assignment/sale of rights from Pangea Media Holdings Limited and/or Pangea Media Limited (together "Pangea"), which are companies incorporated in the United Kingdom and controlled by David Bergstein.

9.    I presume that if TFC does not have a security interest in Capitol then this will affect any right it may have to conduct the proposed Sale.

10.    If TFC does have a valid security interest in Capitol's assets, English insolvency laws expressly prohibit secured creditors from taking any actions, including foreclosure actions, while a debtor company is in administration without the permission of the administrator or the court (paragraph 43(1) of the Schedule).

11.    I have not yet been able to investigate the relationship between TFC and Capitol or whether that relationship might impact on the validity of any security or of the sale.

12.    We are in the process of investigating transactions between Pangea and Capitol.  It is alleged by certain creditors that Pangea is also owned directly or indirectly by David Bergstein and Ron Tutor.  Assets which are the subject of transactions between Pangea and Capitol may also be involved in the Sale and may therefore be to the administration moratorium in England.

13.    The administrators are currently considering offers for the sale of Capitol's assets in the United Kingdom.  The Sale, if allowed to proceed, could significantly fetter our ability to realise proper value for the assets of Capitol for the benefit of its creditors.

14.    On or about 2 February 2010, Veritum, a company organized in England, made an indicative offer to purchase the assets of Capitol.  Veritum is, I believe, controlled by David Bergstein.

15.    On 19 February 2010, a formal offer was made by Film Investments Limited to purchase the assets of Capitol.  Film Investments Limited is also, I believe, controlled by Mr. Bergstein.

16.    The administrators support the creditor's position that additional time is needed in order to determine whether the foreclosure sale itself is proper and whether assets intended to be sold by TFC (or which have been sold by Capitol to Pangea) are subject to any claim or interest of Capitol or the administrators.

17.    For the above reasons I support Plaintiff Aramid's Application for a Temporary Restraining Order enjoining TFC's proposed foreclosure sale.

1       I declare under penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3

4       Executed this 17th day of March 2010 at _____.

5

6                         Henry Lan

7                         Joint Administrator

8                         Capitol Films Limited

# EXHIBIT "A"

# TFC LIBRARY, LLC

March 11, 2010

VIA FIRST CLASS MAIL
Julian Adams
Solar Filmworks LLC
1501 Richland Street
Columbia, SC  29201

Re:  Amended and Restated Notice of Disposition of Collateral

Dear Sir or Madam,

Reference is made to the Notice of Disposition of Collateral ("Initial Notice"), dated as of March 5, 2010, which was issued by TFC Library, LLC, a Delaware limited liability company ("Creditor").

Creditor is issuing this letter to amend and restate the terms set forth in the Initial Notice ("Amended and Restated Notice").

Reference is made to the following:

(a) Credit and Security Agreement, dated as of October 19, 2006, by and between Thinkfilm LLC, a Delaware limited liability company ("Thinkfilm"), and FPLAC, LLC ("FPLAC"), on the one hand, and D.B. Zwirn Special Opportunities Fund, L.P., a Delaware limited partnership, as the administrative agent for the lender group identified therein ("Lender"), on the other hand, as such agreement has been amended, restated, supplemented or otherwise modified from time to time, "Thinkfilm Facility #1";

(b) Amended and Restated Credit and Security Agreement, dated as of March 2, 2007, by and between Thinkfilm, FPLAC and Zoopraxis Film Assets LLC, a Delaware limited liability company ("Zoopraxis") (Think, FPLAC and Zoopraxis referred to collectively as "Borrower"), on the one hand, and Lender as administrative agent for the lender group indentified therein, on the other hand, as such agreement has been amended, restated, supplemented or otherwise modified from time to time, "Thinkfilm Facility #2," and together with Thinkfilm Facility #1 referred to collectively as the "Loan Agreements"; and

Julian Adams
Solar Filmworks LLC
March 11, 2010
Page 2 of 3

     (c) The various security agreements, copyright mortgages, UCC Financing
     Statements, Guarantees, Laboratory Control Agreements and other
     instruments which have been entered into by the entities set forth of the
     Schedule "1" attached hereto and incorporated herein by this reference
     (collectively, "Debtors") in connection with the Loan Agreements, as such
     documents may have been amended, restated, supplemented or otherwise
     modified from time to time, which documents, together with the Loan
     Agreement shall be referred to herein collectively as the "Fundamental
     Documents."

Lender advanced certain loans to the Borrower pursuant to the Loan Agreements.
Pursuant to the Fundamental Documents, the Debtors granted the Lender a security
interest in and to certain assets, which assets include, without limitation, all right, title
and interest that the Debtors have, if any, in and to the motion pictures listed on the
Schedule "2" attached hereto and incorporated herein (collectively, the "Films").

Notice is hereby given that Creditor, in its capacity as the successor to Lender's
rights under the Fundamental Documents shall sell, assign, quitclaim and transfer at a
public sale (the "Sale") to the highest bidder, for cash or otherwise acceptable terms, all
right, title and interest, if any, of one or more of the Debtors with respect to the Films,
and all other personal property, tangible and intangible, if any, owned by one or more of
the Debtors with respect to the Films (all such property together with the Films, the
"Collateral").

The Sale will take place at 11:00 a.m., Monday March 22, 2010, at Creditor's
offices which are located at 10960 Wilshire Boulevard, Suite 700, Los Angeles,
California 90024, or such other place and time as specified by Creditor.

Please note that this represents a postponement from the date on which the Sale
was initially scheduled to take place pursuant to notices previously issued by Creditor.
Creditor, at its sole discretion, reserves the right to further postpone the Sale.

The Sale shall be conducted pursuant to Uniform Commercial Code and all other
applicable laws.

Interested parties may contact Creditor, c/o Ray J. Reyes, 10960 Wilshire
Boulevard, Suite 700, Los Angeles, California 90024, phone 310 286-7200 and e-mail at
rreyes@pangeamediagroup.com.

The terms of the Sale are available from the Creditor at the contact address listed
above. Creditor has assembled certain information pertaining to the Collateral, including
potential availabilities for the film rights believed to be included in such Collateral, and
related information (including important caveats and limitations respecting the scope of

Julian Adams
Solar Filmworks LLC
March 11, 2010
Page 3 of 3

the Collateral), and Creditor will make such information available to qualified interested persons prior to the Sale.

Creditor cannot warrant what rights (if any) the Debtors (or any of them) may have in the Collateral, nor the accuracy or completeness of Creditor's information regarding the Collateral and the Debtors' rights (if any) therein, and prospective buyers are responsible for conducting their own investigations regarding the Collateral. The sale of Collateral will be made on an assignment and quitclaim basis, as-is, where-is, with all defects and faults, and without recourse, warranty or representation, express or implied.

The applicable Debtors will be entitled to an accounting of the unpaid indebtedness secured by the Collateral being sold in the Sale.

This notice has been issued by TFC Library, LLC, a Delaware limited liability company.

## Schedule "1"
## LIST OF DEBTORS

1. TF Canada Acquisition Corporation, Inc., a corporation formed under the laws of the Province of Ontario;

2. TF Canadian Holdings Library Holdings, LLC, a Delaware limited liability company;

3. Capitol Films Limited, a limited liability company formed under the laws of England and Wales;

4. CF Acquisitions, LLC, a Delaware limited liability company;

5. Capitol Films Group Limited, a limited liability company formed under the laws of England and Wales;

6. Capco TF Holdings, LLC, a Delaware limited liability company;

7. FPLAC, LLC, a Delaware limited liability company;

8. CT 1 Holdings, LLC, a Delaware limited company;

9. Capco U.S. Film Holdings, LLC, a Delaware limited liability company;

10. ThinkFilm LLC, a Delaware limited liability company;

11. ThinkFilm, Corp., a corporation formed under the laws of the Province of Ontario;

12. ThinkFilm, Inc., a corporation formed under the laws of the Province of Ontario; and

13. Zoopraxis Film Assets LLC, LLC, a Delaware limited liability company.

Schedule "2"
## LIST OF FILMS

| | |
|---|---|
| 1 | 0.45 |
| 2 | 747 |
| 3 | 10 Items or Less |
| 4 | 100 Mile Rule |
| 5 | 10th & Wolf |
| 6 | 19 Months |
| 7 | 20 Dates |
| 8 | 2001: A Space Travesty |
| 9 | 24 Hour Woman, The |
| 10 | 24 Hours In London |
| 11 | 5 x 2 |
| 12 | 83 hours til' Dawn |
| 13 | 9/10ths (aka 9/Tenths) |
| 14 | 95 Miles To Go |
| 15 | 99 Cent Dream |
| 16 | Ablaze |
| 17 | Aboard the Orient Express |
| 18 | Absolute Zero |
| 19 | Absolution |
| 20 | Adam & Evil |
| 21 | Adrenaline Drive |
| 22 | After Alice |
| 23 | Aftermath |
| 24 | Against All Enemies |
| 25 | Against the Law |
| 26 | Agent Red (aka Captured) |
| 27 | Agronomist, The |
| 28 | Aileen Wuornos: The Selling of a Serial Killer |
| 29 | Air I Breathe, The |
| 30 | Air Rage |
| 31 | Air Rescue 5 |
| 32 | Alec To The Rescue |
| 33 | Alex & Emma |
| 34 | All About My Mother |
| 35 | Alpha Male |
| 36 | Amityville Dollhouse |
| 37 | An Unremarkable Life |
| 38 | Anastasia: Mystery of Anna |
| 39 | Andre The Butcher |
| 40 | Angel's Dance |
| 41 | Angels Don't Sleep Here |
| 42 | Angels in the Attic |
| 43 | Animal Factory |
| 44 | Anna and the King |
| 45 | Anne B. Real (aka Female 8 Mile) |
| 46 | Another Day in Paradise |
| 47 | Antibody |
| 48 | Apocalypse |
| 49 | Aristocrats, The |
| 50 | Armed Response |
| 51 | Around The Fire |

| 52 | Artificial Lies |
|----|----|
| 53 | Ash Wednesday |
| 54 | Assassination of Richard Nixon, The |
| 55 | Assault |
| 56 | Asunder |
| 57 | Asylum Days |
| 58 | At Sundance |
| 59 | Aurora: Operation Intercept |
| 60 | Avenging Angelo |
| 61 | Avenue Montaigne (aka Orchestra Seats) |
| 62 | Awesome; I Fuckin' Shot That |
| 63 | Baby Bedlam |
| 64 | Bad Meat |
| 65 | Bald |
| 66 | Ballad of the Nightengale |
| 67 | Ballistic: Ecks vs. Sever |
| 68 | Bang Bang Club, The |
| 69 | Barber, The |
| 70 | Barenaked in America |
| 71 | Beauty & Denise |
| 72 | Beeper |
| 73 | Before the Devil Knows You're Dead |
| 74 | Behind the Smile |
| 75 | Being Julia |
| 76 | Best Restaurant In the World. Ever. |
| 77 | Better Housekeeping |
| 78 | Beyond Hypothermia |
| 79 | Big Question, The |
| 80 | Big Trouble |
| 81 | Billy Hayes: Return To Turkey |
| 82 | Black Cadilliac |
| 83 | Blackout |
| 84 | Blackpoint |
| 85 | Blackwoods |
| 86 | Blast |
| 87 | Blood and Tears |
| 88 | Bloodlines (aka Stickville) |
| 89 | Blue Valentine |
| 90 | Boondock Saints |
| 91 | Border of Tong |
| 92 | Bordertown |
| 93 | Born Into Brothels |
| 94 | Bossa Nova |
| 95 | Boys of Baraka |
| 96 | Boys on the Run |
| 97 | Breakfast With Scot |
| 98 | Breed Apart, A |
| 99 | Briar Patch (aka Killing Edgar) |
| 100 | Bright Young Things |
| 101 | Broken Hearts Club |
| 102 | Brother |
| 103 | Brotherhood 2 |
| 104 | Brotherhood 3 |
| 105 | Bulletproof |
| 106 | Bumblebee Files Away, The |

| 107 | Bundy |
| 108 | Bunny Whipped (fka Love, Fear & Rabbits) |
| 109 | Burden |
| 110 | Bus 174 |
| 111 | Business For Pleasure |
| 112 | But I'm A Cheerleader |
| 113 | Cadilliac Ranch |
| 114 | Calling, The |
| 115 | Campfire Stories |
| 116 | Candy |
| 117 | Capone's Boys |
| 118 | Careless |
| 119 | Caroline? |
| 120 | Cartel |
| 121 | Case Reopened |
| 122 | Century Hotel |
| 123 | Champion |
| 124 | Chaos |
| 125 | Cheating Game, The |
| 126 | Choke, The |
| 127 | Circle, The |
| 128 | Circuit 2, The |
| 129 | Circuit, The |
| 130 | Citizen Duane |
| 131 | Clandestine |
| 132 | Clandestine Marriage |
| 133 | Club House Detectives: Big Trouble |
| 134 | Club House Detectives: Lost Princess |
| 135 | Club House Detectives: Scavenger Hunt |
| 136 | Clubhouse Detectives |
| 137 | Code Hunter |
| 138 | Cold Heaven |
| 139 | Color of Paradise |
| 140 | Comeback Season (aka Football Country) |
| 141 | Comfortably Numb |
| 142 | Comrades in Arms |
| 143 | Con Express |
| 144 | Concrete War |
| 145 | Coney Island |
| 146 | Connecticut Yankee in King Arthur's Court, A |
| 147 | Contagion |
| 148 | Contaminated Man |
| 149 | Convict 762 |
| 150 | Copper Mountain - Club Med |
| 151 | Corn |
| 152 | Coronado |
| 153 | Count of Monte Cristo |
| 154 | Cover Up |
| 155 | Crashing |
| 156 | Crazy as Hell |
| 157 | Criminal Intent |
| 158 | Critical Mass |
| 159 | Crouching Tiger, Hidden Dragon |
| 160 | Cuba Libre (aka Cuban Blood) |
| 161 | Curse of Komodo |

| 162 | Cybertech P.D. |
| 163 | D4 - The Trojan Dog |
| 164 | Dahmer |
| 165 | Dallas 362 |
| 166 | Dangerous Lives of Altar Boys |
| 167 | Dare Not Walk Alone |
| 168 | Daredreamer |
| 169 | Dark Descent |
| 170 | Dark Heaven |
| 171 | Dark Planet |
| 172 | Dark Side of the Sun |
| 173 | Dark Waters |
| 174 | Daybreak |
| 175 | Dead Fish |
| 176 | Dead In The Water |
| 177 | Deadly Little Secrets |
| 178 | Deceit |
| 179 | Deception |
| 180 | Dee Jay |
| 181 | Deep Core |
| 182 | Deep Shock |
| 183 | Defender |
| 184 | Defenseless |
| 185 | Demolition High |
| 186 | Demolition U |
| 187 | Demon Within |
| 188 | Desert Saints |
| 189 | Desperate But Not Serious |
| 190 | Destiny's Child |
| 191 | Detonator |
| 192 | Devil's Harvest |
| 193 | Devious Beings |
| 194 | Diameter of a Bomb |
| 195 | Diamond Hunters |
| 196 | Dirty Little Business, A |
| 197 | Divorce Can Happen |
| 198 | Dog Gone |
| 199 | Dog Problem, The |
| 200 | Dog Soldiers |
| 201 | Double-O Kid |
| 202 | Down in the Valley |
| 203 | Dragon Fighter |
| 204 | Dragon Storm |
| 205 | Dream Warrior |
| 206 | Eating The Bones |
| 207 | Ed Gein |
| 208 | Edge of Love |
| 209 | Elite, The |
| 210 | Emmet's Mark (fka Killing Emmett Young) |
| 211 | Emperor and the Assassin |
| 212 | Employee of the Month |
| 213 | Encounters at the End of the World |
| 214 | End of the Line |
| 215 | Endangered Species |
| 216 | Enemy, The |

| 217 | Enigmas of the World - The Ghost of Amelia Fox |
|-----|------------------------------------------------|
| 218 | Entropy |
| 219 | Enumclaw Horse Sex Incident - Untitled (aka Zoo) |
| 220 | Epoch |
| 221 | Epoch - Evolution (aka Torus) |
| 222 | Erasable You |
| 223 | Escape Under Pressure |
| 224 | Eureka |
| 225 | Event, The |
| 226 | Everything's Gone Green |
| 227 | Evil Alien |
| 228 | Evil Breed: The Legend of Samhain |
| 229 | Exposed |
| 230 | Extreme Dating |
| 231 | Eye See You |
| 232 | Eyes of Fire (fka Buck Naked Arson) |
| 233 | Facing Fear (fka Flight of Fancy) |
| 234 | Fade Out |
| 235 | Falcon Down |
| 236 | Fallen Angels |
| 237 | Far Out Man |
| 238 | Farce of the Penguins |
| 239 | Fatal Conflict |
| 240 | Fateless |
| 241 | Favela Rising |
| 242 | Fear |
| 243 | Fear.com |
| 244 | Federal Protection (aka Go To The Dead) |
| 245 | Festival Express |
| 246 | Final Mission |
| 247 | Finding Kelly |
| 248 | Five Dollars a Day |
| 249 | Flight of the Black Angel |
| 250 | Flying Dutchman, The |
| 251 | Flying Virus (aka Killer Buzz) |
| 252 | Footsteps (aka Deadline) |
| 253 | Forbidden Fruit |
| 254 | Foreign Affair, A |
| 255 | Foreigner |
| 256 | Fortune Hunter |
| 257 | Frame Up |
| 258 | Free Money |
| 259 | Free Tibet |
| 260 | Friends and Lovers |
| 261 | Frightening |
| 262 | Frog King |
| 263 | Frogs For Snakes |
| 264 | FUCK |
| 265 | Fugitive Pieces |
| 266 | Funny Money |
| 267 | G |
| 268 | Gabriella |
| 269 | Gacy |
| 270 | Gag |
| 271 | Game Over: Kasparov and the Machine |

| 272 | Game, The |
|-----|-----------|
| 273 | Gang of Roses |
| 274 | Gangsta Rap |
| 275 | Gate, The |
| 276 | Gathering of Old Man, A |
| 277 | Gaudi Afternoon (aka Goodi Afternoon) |
| 278 | Gay Like Me |
| 279 | Genesis |
| 280 | Gerry |
| 281 | Get Down (fka Treed Murray) |
| 282 | Getting To Know All About You |
| 283 | Ghost Dog |
| 284 | Ghost Lake |
| 285 | Ghosts of Cite Soleil |
| 286 | Glass Trap |
| 287 | Glastonbury |
| 288 | Global Effect |
| 289 | Global Heresy |
| 290 | Going Back |
| 291 | Going the Distance (aka. National Lampoon's Going the Distance) |
| 292 | Going To Pieces: The Rise and Fall of the Slasher Film |
| 293 | Going Upriver: The Long War of John Kerry |
| 294 | Good Night To Die, A |
| 295 | Goosed |
| 296 | Gore Vidal's Lincoln |
| 297 | Gospel of John, The |
| 298 | Graduation Week (aka Sterling Chase) |
| 299 | Greatest Escape Artist |
| 300 | Green Dragon |
| 301 | Green Sails |
| 302 | Greenmail (aka Detonate) |
| 303 | Greetings |
| 304 | Groove |
| 305 | Grown Ups |
| 306 | G-Spot (TV Series) |
| 307 | Guaranteed on Delivery |
| 308 | Guardian of the Realm |
| 309 | Gunblast Vodka |
| 310 | Gypsy 83 |
| 311 | Hairy Tale (aka Funky Money) |
| 312 | Half Nelson |
| 313 | Half Past Dead |
| 314 | Hallow's End |
| 315 | Hank and Mike |
| 316 | Hard Bounty |
| 317 | Hard Truth |
| 318 | Harvard Man |
| 319 | Hatchetman |
| 320 | Haunting Desires |
| 321 | Heart of Me, The |
| 322 | Heat |
| 323 | Heavy Southern Nights (aka Night Heat aka Southern Justice) |
| 324 | Hebrew Hammer, The |
| 325 | Heist, The |
| 326 | Hellcab |

| 327 | High Adventure |
| 328 | High Voltage |
| 329 | Hijacking of the Achille Lauro |
| 330 | Hip Hop Project, The |
| 331 | Hit List, The |
| 332 | Hollywood North |
| 333 | Holy Land, The |
| 334 | Home Room |
| 335 | Honey For Oshun (aka Meil Para Oshun) |
| 336 | Hottest State, The |
| 337 | House of Mirth |
| 338 | House of Usher, The |
| 339 | Hunting of Man |
| 340 | Husbands & Lovers |
| 341 | Hypersonic |
| 342 | I Like Killing Flies |
| 343 | I Love Your Work |
| 344 | I Witness (aka God's Witness) |
| 345 | I Woke Up Early The Day I Died |
| 346 | If…Dog…Rabbit |
| 347 | Igloo, The |
| 348 | Ill Fated |
| 349 | Illtown |
| 350 | In Praise of Older Women |
| 351 | In The Shadow of the Moon |
| 352 | Incendiary |
| 353 | Indecent Behavior |
| 354 | Indecent Behavior 2 |
| 355 | Inhabited |
| 356 | In-Laws, The (fka 'Till Death Do Us Part) |
| 357 | Inner Sanctum 1 |
| 358 | Insatiable |
| 359 | Interceptor |
| 360 | Interceptors |
| 361 | Interceptors 2 |
| 362 | Into the Sun |
| 363 | Intrepid |
| 364 | Invader |
| 365 | Invasion of Privacy |
| 366 | Ivansxtc |
| 367 | Jekyll Island |
| 368 | Jill Rips |
| 369 | Johnny 2.0 |
| 370 | Journeyman |
| 371 | Judgment |
| 372 | Judy Berlin |
| 373 | Julie Johnson |
| 374 | Julius Caesar |
| 375 | Just Looking |
| 376 | Keeping Mum |
| 377 | Kept |
| 378 | Kevin of the North |
| 379 | Kid Called Danger, A |
| 380 | Kids World |
| 381 | Kikujiro |

| 382 | Killer Rate |
|-----|-------------|
| 383 | Killer's Game |
| 384 | Killing Floor, The |
| 385 | King of Sorrow |
| 386 | King of the Ants |
| 387 | King, The |
| 388 | Kiwi Safari |
| 389 | Komodo |
| 390 | Kontroll |
| 391 | Kung Phooey |
| 392 | Lady Jayne Killer |
| 393 | Lake of Fire |
| 394 | Landslide |
| 395 | Landspeed |
| 396 | Last Confederate, The (aka Strike the Tent) |
| 397 | Last Full Measure |
| 398 | Last Horror Movie, The |
| 399 | Last Kiss (aka L'Ultimo Bacio) |
| 400 | Last Lives |
| 401 | Last Mogul (aka Life and Times of Lew Wasserman, The) |
| 402 | Last Request, The |
| 403 | Last Resort |
| 404 | Last Run (aka The Outside Man) |
| 405 | Last Wedding |
| 406 | Last Word, The |
| 407 | Late Last Night |
| 408 | Laws of Attraction |
| 409 | Laws of Deception |
| 410 | Laying Low |
| 411 | Layover |
| 412 | Left For Dead |
| 413 | Legend of Phantom Rider |
| 414 | Legend of Pirates Point |
| 415 | Legionnaire |
| 416 | Let it Snow |
| 417 | Lethal |
| 418 | Lethal Vows |
| 419 | Lie With Me |
| 420 | Life And Hard Times of Guy Terrifico, The |
| 421 | Life of the Party |
| 422 | Limb Salesman, The |
| 423 | Liquid Bridge |
| 424 | Little Athens |
| 425 | Little Red |
| 426 | Live Free or Die |
| 427 | Living The Life |
| 428 | Lola |
| 429 | Lone Hero (aka Gunman aka Ghost Town Cowboy) |
| 430 | Lonely Hearts |
| 431 | Long Walk Home, The |
| 432 | Looking For Kitty (aka The Last Holdouts) |
| 433 | Loss of Sexual Innocence |
| 434 | Lost Angels |
| 435 | Lost Innocence |
| 436 | Lost Princess |

| 437 | Lost Treasure |
| 438 | Lost Voyage |
| 439 | Love & Other Dilemmas |
| 440 | Love Comes To The Executioner |
| 441 | Love In The Time of Money |
| 442 | Love Street (Series) |
| 443 | Love, Sex and Eating The Bones |
| 444 | Loverboy |
| 445 | Lovin' Molly |
| 446 | Low Down, The |
| 447 | Luck of the Draw |
| 448 | Lush |
| 449 | Luzhin Defense |
| 450 | Magic Bubble; The (re-issue) |
| 451 | Married People Single Sex: The Return |
| 452 | Married People Single Sex: Urban Adultery |
| 453 | Mary Queen of Scots |
| 454 | Mask of Murder |
| 455 | Maximum Velocity |
| 456 | Me & Dad |
| 457 | Me You Them |
| 458 | Me, Myself & I |
| 459 | Meet Prince Charming |
| 460 | Meet the Deedles |
| 461 | Mercy |
| 462 | Mi Amigo |
| 463 | Miami Sands (Series) |
| 464 | Midsummer Night's Rave, A |
| 465 | Mindstorm |
| 466 | Miner's Massacre |
| 467 | Minus Man, The |
| 468 | Mister Sandman |
| 469 | Momma's Man |
| 470 | Mondovino |
| 471 | Money |
| 472 | Monster Island |
| 473 | More Married People Single Sex |
| 474 | Moving Targets |
| 475 | Mummy An' The Armadillo |
| 476 | Murder 1, Murder 2 |
| 477 | Murder of Crows |
| 478 | Murder Ordained |
| 479 | Murderball |
| 480 | My Best Friend's Wife |
| 481 | My Brother Is An Only Child |
| 482 | My Brother The Pig |
| 483 | My First Day (series) |
| 484 | My First Day At Preschool |
| 485 | My Neighbor's Daughter |
| 486 | My Sexiest Year |
| 487 | Mysteries of Ice Fishing |
| 488 | Mysteries of Mating |
| 489 | Mystic Masseur |
| 490 | Nailed |
| 491 | Nanking |

| 492 | Necessity |
| 493 | Never Too Young To Die |
| 494 | New Alcatraz |
| 495 | New Girl, The |
| 496 | New Police Story |
| 497 | New Wave, A |
| 498 | New World Disorder |
| 499 | Niagra, Niagra |
| 500 | Night Vision |
| 501 | Night Waves |
| 502 | Nightmare Boulevard |
| 503 | No Rules |
| 504 | No Turning Back |
| 505 | Noise |
| 506 | Noise (A) |
| 507 | Noise (B) |
| 508 | Non-Stop |
| 509 | Nora's Hair Salon |
| 510 | Normal |
| 511 | Not One Less |
| 512 | Nowhere In Sight |
| 513 | Nowhere To Hide |
| 514 | Numb |
| 515 | Ocean Avenue |
| 516 | Off The Black |
| 517 | O'Hara's Wife |
| 518 | Olive Juice |
| 519 | On The Edge |
| 520 | On the Inside (TV series) (Season #1) |
| 521 | On the Inside (TV series) (Season #2) |
| 522 | On Their Knees |
| 523 | Once Again |
| 524 | Once In The Life |
| 525 | Once Upon A Texas Train |
| 526 | One |
| 527 | One Eyed King |
| 528 | One Hell of a Christmas |
| 529 | One Last Flight |
| 530 | One Point O (aka Paranoia) |
| 531 | One Way Out |
| 532 | Orphans |
| 533 | Out of Darkness |
| 534 | Out of Reach |
| 535 | Out to Lunch (aka Out 2 Lunch) |
| 536 | Outlaw Force |
| 537 | Overnight |
| 538 | Oxford Murders |
| 539 | Palindromes |
| 540 | Pandora Project |
| 541 | Paradise Lost |
| 542 | Passage, The |
| 543 | Pavilion |
| 544 | Peachland |
| 545 | Pendulum |
| 546 | Persons Unknown |

| 547 | Phase IV |
| 548 | Phoebe In Wonderland |
| 549 | Picking Up The Pieces |
| 550 | Pigs |
| 551 | Pilgrim |
| 552 | Playing Dangerous |
| 553 | Playing Dangerous 2 |
| 554 | Plump Fiction |
| 555 | Pollock |
| 556 | Poor Boy's Game, A |
| 557 | Poor White Trash |
| 558 | Pope Joan |
| 559 | Post Impact |
| 560 | Power of Attorney |
| 561 | President's Mistress, The |
| 562 | Pressure |
| 563 | Pressure Point |
| 564 | Primer |
| 565 | Princess and the Surfer |
| 566 | Princess and the Warrior |
| 567 | Probable Cause (aka Traveling Detective) |
| 568 | Project Human Weapon |
| 569 | Protocols of Zion |
| 570 | Psychic |
| 571 | Puck Hogs, The |
| 572 | Punch |
| 573 | Purgatory Flats |
| 574 | Python |
| 575 | Python 2 |
| 576 | Queen's Logic |
| 577 | Queen's Messenger |
| 578 | Quick |
| 579 | Quickie, The |
| 580 | Race To Space |
| 581 | Radical Jack |
| 582 | Rapid Exchange |
| 583 | Raw Nerve |
| 584 | Reeseville |
| 585 | Relunctant Angel |
| 586 | Remember Me, My Love |
| 587 | Rennie's Landing |
| 588 | Rescue of Jessica McClure |
| 589 | Restraining Order |
| 590 | Retrograde |
| 591 | Rhapsody |
| 592 | Ring of Darkness |
| 593 | Ringmaster |
| 594 | Ripper 2: Letter From Within |
| 595 | Ripper, The |
| 596 | Ripper: Letter From Hell |
| 597 | Ripple Effect, The |
| 598 | Rising Place |
| 599 | Road Home, The |
| 600 | Road Rage |
| 601 | Roman Polanski: Wanted and Desired |

| 602 | Rooftops |
|-----|----------|
| 603 | Roses are Dead |
| 604 | Rub and Tug |
| 605 | Run |
| 606 | Runaway Heart |
| 607 | Russkies |
| 608 | Samourais |
| 609 | Scavenger Hunt |
| 610 | Scenes of a Sexual Nature |
| 611 | Scheherazade |
| 612 | Scorched |
| 613 | Scorched Heat |
| 614 | Second Best |
| 615 | Secret History of (TV Series) |
| 616 | Secret Lies |
| 617 | Secret World of (TV Series) (Season #1) |
| 618 | Secret World of (TV Series) (Season #2) |
| 619 | Seduced |
| 620 | Self-Medicated |
| 621 | September Dawn |
| 622 | September Tapes |
| 623 | Sex and a Girl |
| 624 | Shadow Magic |
| 625 | Shadowboxer |
| 626 | Shadowmen |
| 627 | Shark Hunter |
| 628 | She |
| 629 | Shergar "The Hunted" |
| 630 | Shipment, The |
| 631 | Shortbus |
| 632 | Shot. |
| 633 | Shower |
| 634 | Shrink Is In, The |
| 635 | Silver Wolf |
| 636 | Six Gun Nightmare |
| 637 | Six Reasons Why |
| 638 | Skeletons |
| 639 | Skinned Deep |
| 640 | Slaughterhouse of The Rising Sun |
| 641 | Sleepover Nightmare |
| 642 | Slipping Down Life, A |
| 643 | Slow Burn |
| 644 | Smashed |
| 645 | Smooth Operator |
| 646 | Snake Island |
| 647 | Snapped |
| 648 | Solo |
| 649 | Somebody If Waiting |
| 650 | Somebody Loves You (aka Where the Truth Lies) |
| 651 | Sometimes a Hero (aka Cold Vengenace) |
| 652 | Sonic Impact (aka Sonic Blast) |
| 653 | Sound of Thunder, A |
| 654 | Sounds of Silence |
| 655 | Southern Cross |
| 656 | Southpaw |

| 657 | Spartan |
| 658 | Spellbound |
| 659 | Splendid Life of Jesse Dixon, The |
| 660 | Split Decisions |
| 661 | Splitsville |
| 662 | Spoiler |
| 663 | Spreading Ground, The |
| 664 | Spymate |
| 665 | St. Helens |
| 666 | Stark Weather |
| 667 | Statement, The |
| 668 | Stealing Time |
| 669 | Stick Up |
| 670 | Still, We Believe: The Boston Red Sox Movie |
| 671 | Stone's Throw, A |
| 672 | Storm |
| 673 | Storm Catcher |
| 674 | Storm Trooper |
| 675 | Story of the Weeping Camel, The |
| 676 | Stranded |
| 677 | Strange Hearts (aka Road to Riches) |
| 678 | Strangeland |
| 679 | Strangers With Candy |
| 680 | Street Corner Justice |
| 681 | Stricken |
| 682 | Styx |
| 683 | Submerged |
| 684 | Subterano |
| 685 | Such A Long Journey |
| 686 | Sugar |
| 687 | Sunshine Sketches |
| 688 | Supreme Sanction |
| 689 | Survive the Night |
| 690 | Susan's Plan |
| 691 | Suspect, The |
| 692 | Sweet and Lowdown |
| 693 | Sweet Talker |
| 694 | Sword of Gideon |
| 695 | Table for One |
| 696 | Tactical Assault |
| 697 | Take 2 |
| 698 | Taming Ben Taylor |
| 699 | Tango Bar |
| 700 | Tao of Steve |
| 701 | Taxi To The Darkside |
| 702 | Ted Bundy |
| 703 | Teddy Bear's Picnic |
| 704 | Teknolust |
| 705 | Tell Them Who You Are |
| 706 | Tempted |
| 707 | Ten, The |
| 708 | Then She Found Me |
| 709 | Theory of Achievement |
| 710 | There Goes The Neighborhood |
| 711 | Thick and Thin |

| 712 | Things You Can Tell Just By Looking At Her |
| 713 | Third Miracle, The |
| 714 | This Girls Life |
| 715 | This Is My Father |
| 716 | Three Bad Men |
| 717 | Three of Hearts |
| 718 | Thrillers |
| 719 | Thrillers (aka Exposure) |
| 720 | Thrillers (B) |
| 721 | Tideland |
| 722 | Tiger Lake |
| 723 | Tiger Warsaw |
| 724 | Time For Drunken Horses, A |
| 725 | Time Out (aka L' Emploi Du Temps) |
| 726 | Timelock |
| 727 | Titanic Town |
| 728 | Too Much Sleep |
| 729 | Total Exposure |
| 730 | Total Reality |
| 731 | Tough Luck |
| 732 | Tracey Fragments, The |
| 733 | Tracker, The |
| 734 | Trauma |
| 735 | Trials of Darryl Hunt, The |
| 736 | Trick or Treat |
| 737 | Trixie |
| 738 | Tropical Nights |
| 739 | Tully |
| 740 | Tunnel, The |
| 741 | TV Set, The |
| 742 | Twin Falls Idaho |
| 743 | Tycus |
| 744 | U.S. Seals 3 |
| 745 | Ultimate 10 (TV Series) (Season #1) |
| 746 | Ultimate 10 (TV Series) (Season #2) |
| 747 | Ultimate 10 (TV Series) (Season #3) |
| 748 | Ultimate 10 (TV Series) (Season #4) |
| 749 | Under the Influence |
| 750 | Undercurrent |
| 751 | Unremarkable Life, An |
| 752 | Untold Story of Emmett Louis Till, The  (aka Emmitt Till) |
| 753 | Vampire Clan |
| 754 | Vampyre |
| 755 | Velocity Trap |
| 756 | Vengeance: The Sotry of Tony Cimo |
| 757 | Venom |
| 758 | Venus and Mars |
| 759 | Vertical Ray of the Sun |
| 760 | Vice Academy (&Vice Acad 2,3,4,5 & 6) |
| 761 | Vice Academy 2 |
| 762 | Vice Academy 3 |
| 763 | Vice Academy 4 |
| 764 | Vice Academy 5 |
| 765 | Vice Academy 6 |
| 766 | Visions of Passion |

| 767 | Vivero Letter |
| 768 | Void Moon |
| 769 | Waking Up Horton |
| 770 | Walk Backwards |
| 771 | Walker, The |
| 772 | Walking Across Egypt |
| 773 | War Dance, The (aka War / Dance) |
| 774 | Weirdsville |
| 775 | Wendell Baker Story, The |
| 776 | Whacked! |
| 777 | What's Happening To Me? |
| 778 | When Brendan Met Trudy |
| 779 | When Do We Eat? |
| 780 | When Stand Up Stood Out |
| 781 | Where Did I Come From? |
| 782 | White River Kid |
| 783 | Whole New Thing |
| 784 | Whole Ten Yards |
| 785 | Wicked Minds |
| 786 | Wicked Sins |
| 787 | Wilbur Wants To Kill Himself |
| 788 | Wild Blue |
| 789 | Wild Spirit |
| 790 | Windfall |
| 791 | Winslow Boy |
| 792 | Wishcraft |
| 793 | Wishmaster III: Beyond The Gates Of Hell |
| 794 | Within Reach |
| 795 | Wolves of Wall Street |
| 796 | Woman Wanted |
| 797 | Woman Wanted |
| 798 | World Traveler |
| 799 | Woundings |
| 800 | Wraith, The |
| 801 | You Are Here |
| 802 | You Can Count of Me |
| 803 | Young People Fucking |
| 804 | Zen and The Art of Slaying Vampires |
| 805 | Zodiac, The |

**END**