```
 1  DAVID L. NEALE (SBN 141225)
    IRV M. GROSS (SBN 53659)
 2  TODD M. ARNOLD (SBN 221868)
    LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
 3  10250 Constellation Boulevard, Suite 1700
    Los Angeles, California 90067
 4  Telephone: (310) 229-1234
 5  Facsimile: (310) 229-1244
    E-mails: DLN@LNBRB.COM; IMG@LNBRB.COM, TMA@LNBRB.COM
 6
 7  Counsel for Certain Petitioning Creditors
```

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case No. 2:10-bk-19938-BR |
| | ) Chapter 11 Case |
| CAPITOL FILMS DEVELOPMENT, LLC, | ) |
| | ) DECLARATION OF SERVICE OF: |
| Alleged Debtor. | ) |
| | ) NOTICE OF EMERGENCY MOTION AND |
| | ) EMERGENCY MOTION FOR AN ORDER |
| | ) APPOINTING A TRUSTEE; MEMORANDUM |
| | ) OF POINTS AND AUTHORITIES IN SUPPORT |
| | ) THEREOF |
| | ) |
| | ) REQUEST FOR JUDICIAL NOTICE IN |
| | ) SUPPORT OF EMERGENCY MOTION FOR |
| | ) AN ORDER APPOINTING A TRUSTEE |
| | ) |
| | ) DECLARATION OF HANS W. TURNER IN |
| | ) SUPPORT OF EMERGENCY MOTION FOR |
| | ) AN ORDER APPOINTING A TRUSTEE |
| | ) |
| | ) DECLARATION OF ROBERT GERTZ IN |
| | ) SUPPORT OF EMERGENCY MOTION FOR |
| | ) AN ORDER APPOINTING A TRUSTEE |
| | ) |
| | ) DECLARATION OF HENRY LAN IN |
| | ) SUPPORT OF EMERGENCY MOTION FOR |
| | ) AN ORDER APPOINTING A TRUSTEE |
| | ) |
| | ) DECLARATION OF JEFFREY A. GAUL IN |
| | ) SUPPORT OF EMERGENCY MOTION FOR |
| | ) AN ORDER APPOINTING A TRUSTEE |
| | ) |
| | ) <u>Hearing Date:</u> |
| | ) Date:     [TBD] |
| | ) Time:     [TBD] |
| | ) Place:    Courtroom 1668 |
| | )          255 E. Temple St. |
| | )          Los Angeles, CA |
| | ) |

1

I declare that I am over the age of 18 and not a party to this action. I am an employee in the offices of a member of the State Bar of this Court at whose direction the service was made. My business address is 10250 Constellation Blvd., Suite 1700, Los Angeles, CA 90067.

I make this declaration regarding service of:

> NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF
>
> REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE
>
> DECLARATION OF HANS W. TURNER IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE
>
> DECLARATION OF ROBERT GERTZ IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE
>
> DECLARATION OF HENRY LAN IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE
>
> DECLARATION OF JEFFREY A. GAUL IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE

I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify thereto.

On March 18, 2010, I caused the above-referenced documents to be served on those parties as indicated below:

| | |
|---|---|
| David Bergstein (messenger and First Class Mail)<br>Manager<br>Capitol Films Development, LLC<br>10960 Wilshire Blvd, Suite 700<br>Los Angeles, CA 90024 | Debtor (via messenger)<br>Capitol Films Development, LLC<br>10960 Wilshire Blvd, Suite 700<br>Los Angeles, CA 90024 |
| Capitol Films Development, LLC  (1st Class Mail)<br>Agent for Service of Process<br>2121 Avenue of the Stars, Ste 3000<br>Los Angeles, CA 90067 | Office of the U.S. Trustee (via First Class Mail)<br>Los Angeles<br>725 S. Figueroa St. Suite 2600<br>Los Angeles, CA 90017 |

1  Edward M Lyman (1st Class Mail)  Robert A Cantore (1st Class Mail)
   4929 Wilshire Blvd Ste 1010      Gilbert & Sackman
2  Los Angeles, CA 90010            3699 Wilshire Blvd Suite 1200
                                    Los Angeles, CA 90010
3

4  Bush Gottlieb Lopez Singer (1st Class Mail)
   Kohanski Adelstein & Dickinson
5  500 N Central Ave suite 800
   Glendale, CA 91203

6

7

8    Executed this 18th day of March 2010 at Los Angeles, California.

9    I declare under penalty of perjury under the laws of the United States of America that

10   the foregoing is true and correct.

11

12                                               */s/ Jason Klassi*_____
                                                 Jason Klassi

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

| In re:<br>CAPITOL FILMS DEVELOPMENT, LLC,<br><br>                                        Debtor(s). | Case No. 2:10-bk-19938-BR<br>Chapter 11 Case |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as DECLARATION OF SERVICE OF:

NOTICE OF EMERGENCY MOTION AND EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE

DECLARATION OF HANS W. TURNER IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE

DECLARATION OF ROBERT GERTZ IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE

DECLARATION OF HENRY LAN IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE

DECLARATION OF JEFFREY A. GAUL IN SUPPORT OF EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 18, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David L. Neale    dln@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 18, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service

addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 18, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Service by Messenger
Hon. Barry Russell
United States Bankruptcy Court
Courtroom 1668
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 18, 2010,** | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |