DAVID L. NEALE (SBN 141225)
IRV M. GROSS (SBN 53659)
TODD M. ARNOLD (SBN 221868)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
E-mails: DLN@LNBRB.COM; IMG@LNBRB.COM, TMA@LNBRB.COM

Counsel for Certain Petitioning Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | ) Case Nos. 2:10-bk-19938-BR |
| CAPITOL FILMS DEVELOPMENT, LLC, | ) Chapter 11 Case |
| Alleged Debtor. | ) **NOTICE OF HEARING ON EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE AND RELATED DEADLINES** |
| | ) Hearing Date: |
| | ) Date:    March 30, 2010 |
| | ) Time:    10:00 a.m. |
| | ) Place:   Courtroom 1668 |
| | )               255 E. Temple St. |
| | )               Los Angeles, CA |

1

**PLEASE TAKE NOTICE** that a hearing will be held at the above referenced date, time and location for the Court to consider the pending Emergency Motion for an Order Appointing a Trustee (the "Motion") filed by the petitioning creditors herein.

**PLEASE TAKE FURTHER NOTICE THAT** any oppositions to the Motion must be in writing and be filed with the Court, with a courtesy copy provided to the chambers of the Honorable Barry Russell, by no later than 12:00 p.m. noon on March 22, 2010.

**PLEASE TAKE FURTHER NOTICE THAT** any replies to any oppositions to the Motion must be in writing and be filed with the Court, with a courtesy copy provided to the chambers of the Honorable Barry Russell, by no later than 12:00 p.m. noon on March 26, 2010.

Dated: March 18, 2010    LEVENE, NEALE, BENDER, RANKIN
    & BRILL L.L.P.

*/s/ Todd M. Arnold*
DAVID L. NEALE
IRV M. GROSS
TODD M. ARNOLD
Counsel for Certain Petitioning Creditors

| In re:<br>CAPITOL FILMS DEVELOPMENT, LLC,<br><br>Debtor(s). | Case No. 2:10-bk-19938-BR<br><br>Chapter 11 Case |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

A true and correct copy of the foregoing document described as **NOTICE OF HEARING ON EMERGENCY MOTION FOR AN ORDER APPOINTING A TRUSTEE AND RELATED DEADLINES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 18, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David L. Neale    dln@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 18, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 18, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Service by Messenger
Hon. Barry Russell
United States Bankruptcy Court
Courtroom 1668
255 East Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

3

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2010 | Lourdes Cruz | /s/ Lourdes Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Service by Fax: (310) 286-7210
Thinkfilm, LLC
CapCo Group, LLC
CT-1 Holdings, LLC
R2D2, LLC
Capitol Films Development, LLC

| | | |
|---|---|---|
| (Personal Delivery and overnight mail)<br>David Bergstein Manager<br>Thinkfilm, LLC<br>10960 Wilshire Blvd, Suite 700<br>Los Angeles, CA 90024 | (Personal Delivery and overnight mail)<br>Debtor<br>Thinkfilm, LLC<br>10960 Wilshire Blvd, Suite 700<br>Los Angeles, CA 90024 | Thinkfilm, LLC   (Overnight Mail)<br>Agent for Service of Process<br>Paracorp Incorporated<br>40 E. Division St. #A<br>Dover, DE 19901 |
| (Personal Delivery and overnight mail)<br>David Bergstein<br>Manager<br>CapCo Group, LLC<br>10960 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90024 | (Personal Delivery and overnight mail)<br>CapCo Group, LLC<br>10960 Wilshire Blvd.<br>Suite 700<br>Los Angeles, CA 90024 | CapCo Group, LLC   (Overnight Mail)<br>Agent for Service of Process<br>Paracorp Incorporated<br>40 E. Division St. #A<br>Dover, DE 19901 |
| (Personal Delivery and overnight mail)<br>David Bergstein<br>Manager<br>CT-1 Holdings, LLC<br>10960 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90024 | (Personal Delivery and overnight mail)<br>CT-1 Holdings, LLC<br>10960 Wilshire Blvd.<br>Suite 700<br>Los Angeles, CA 90024 | CT-1 Holdings, LLC   (Overnight Mail)<br>Agent for Service of Process<br>Paracorp Incorporated<br>40 E. Division St. #A<br>Dover, DE 19901 |
| (Personal Delivery and overnight mail)<br>David Bergstein<br>Manager<br>R2D2, LLC<br>10960 Wilshire Blvd., Suite #700<br>Los Angeles, CA 90024 | (Personal Delivery and overnight mail)<br>Debtor<br>R2D2, LLC<br>10960 Wilshire Blvd.<br>Suite #700<br>Los Angeles, CA 90024 | R2D2, LLC  (Overnight Mail)<br>Agent for Service of Process<br>2121 Avenue of the Stars, Ste 3000<br>Los Angeles, CA 90067 |
| (Personal Delivery and overnight mail)<br>David Bergstein<br>Manager<br>Capitol Films Development, LLC<br>10960 Wilshire Blvd., Suite 700<br>Los Angeles, CA 90024 | (Personal Delivery and overnight mail)<br>Capitol Films Development, LLC<br>10960 Wilshire Blvd.<br>Suite 700<br>Los Angeles, CA 90024 | (Overnight Mail)<br>Capitol Films Development, LLC<br>Agent for Service of Process<br>2121 Avenue of the Stars, Ste 3000<br>Los Angeles, CA 90067 |
| **Office of the U.S. Trustee** *(Overnight Mail)*<br>**Los Angeles**<br>**725 S. Figueroa St. Suite 2600**<br>**Los Angeles, CA 90017** | | Jeffery A Gaul (CT-1) **(Overnight Mail)**<br>Business & Financial Services<br>5930 Sitting Bull Pl<br>Simi Valley, CA 93063 |
| **Edward M Lyman (Capitol Films)** *(Overnight Mail)*<br>**4929 Wilshire Blvd Ste 1010**<br>**Los Angeles, CA 90010** | Robert A Cantore (Capitol Films) **(Overnight Mail)**<br>Gilbert & Sackman<br>3699 Wilshire Blvd Suite 1200<br>Los Angeles, CA 90010 | Bush Gottlieb Lopez Singer (Capitol Films) **(Overnight Mail)**<br>Kohanski Adelstein & Dickinson<br>500 N Central Ave suite 800<br>Glendale, CA 91203 |

| | | |
|---|---|---|
| Dox Productions Limited (Thinkfilm) **(Overnight Mail)**<br>c/o Jeff Sanders Esq<br>Roberts Ritholz et al LLP<br>235 Park Ave South 3d Fl<br>New York, NY 10003 | Solar Filmworks LLC (Thinkfilm) **(Overnight Mail)**<br>Hartford O Brown Esq<br>Klinedinst PC<br>777 S Figueroa St 4th Flr<br>Los Angeles, CA 90017 | Guillaume de Chalendar (R2D2) **(Overnight Mail)**<br>Allied Irish Banks, plc<br>St. Helens<br>1, Undershaft<br>London, EC2A 8AB |
| Jonathan K Beal (Capco) **(Overnight Mail)**<br>1669 Devonshire Ct.<br>Westlake Village, CA 91361 | David Tuckerman (Capco) **(Overnight Mail)**<br>9390 Lloydcrest Drive<br>Beverly Hills, CA 90210 | Teri Zimon (Capco) **(Overnight Mail)**<br>12707 Westminster Avenue<br>Los Angeles, CA 90066 |