LUCIA E. COYOCA (State Bar No. 128314),
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
lec@msk.com

Attorneys for Alleged Debtor

FILED
MAR 24 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | CASE NO. 2:10-bk-19938-BR |
|---|---|
| Capitol Films Development LLC, | CHAPTER 11 |
| Debtor. | **DECLARATION OF LUCIA E. COYOCA SUBMITTED IN OPPOSITION TO CERTAIN CREDITORS' MOTION FOR ORDER APPOINTING A TRUSTEE** |

<u>HEARING DATE</u>
DATE:    March 30, 2010
TIME:    10 a.m.
PLACE:   Courtroom 1668
         255 E. Temple St.
         Los Angeles, CA

Mitchell Silberberg & Knupp LLP
2624456.1

DECLARATION OF LUCIA E. COYOCA SUBMITTED IN OPPOSITION TO CERTAIN
CREDITORS' MOTION FOR ORDER APPOINTING TRUSTEE

## DECLARATION OF LUCIA E. COYOCA

I, LUCIA E. COYOCA, declare:

1.  I am an attorney at law duly licensed to practice law in the State of California and before this Court. I am, through my professional corporation, a partner in the law firm of Mitchell Silberberg & Knupp LLP, attorneys of record for . I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2.  Petitioners' counsel filed a declaration from Henry Lan, a Joint Administrator of Capitol Films Ltd. in the U.K., that purportedly was submitted in support of Petitioner's Emergency Motion for An Order Appointing Trustee. However, contrary to Petitioners' counsel's suggestion, the Administrator was not aware that the Lan declaration was being submitted in support of the instant Motion for An Order Appointing a Trustee. Instead, as confirmed in the attached letter from Mr. Lan, he believed that his declaration would be used to support an application to stay the non-judicial foreclosure proceedings as to TFC Library.

3.  Attached hereto as Exhibit 4 is a true and correct copy of a letter from Mr. Lan to Aramid, indicating his position that he had not been informed that the declaration would be used in support of an involuntary bankruptcy proceeding. I received a copy of this letter from David Stephenson, at approximately 7:51 a.m. today by email. Mr. Stephenson is a Senior Manager at David Rubin & Partners LLP. According to Mr. Lan, the Administrators were not informed of about the bankruptcy petition that Aramid had filed, and that the Administrator wanted to make it clear that they were not taking sides in any dispute as between Aramid and Mr. Bergstein.

**DECLARATION OF LUCIA E. COYOCA IN OPPOSITION TO CERTAIN CREDITORS'
MOTION FOR ORDER APPOINTING TRUSTEE**

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3
4  Executed this 23rd day of March, 2010, at Los Angeles, California.
5
6
7  _____
8  Lucia E. Coyoca
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF LUCIA E. COYOCA IN OPPOSITION TO CERTAIN CREDITORS'
MOTION FOR ORDER APPOINTING TRUSTEE**

Our Ref: DR/HL/C417/Creditors A

Your Ref:

# David Rubin & Partners LLP

Chartered Accountants • Licensed Insolvency Practitioners

Pearl Assurance House
319 Ballards Lane
London N12 8LY

DX 57368 FINCHLEY 1

Telephone: 020 8343 5900
Facsimile: 020 8446 2994
E-Mail: [addressee]@drpartners.com
Website: www.drpartners.com

Also at: Central London and Watford

Aramid Capital Partners
2nd Floor
271 Regent Street
London, W1B 2ES

23 March 2010

Dear Sirs

**CAPITOL FILMS LIMITED (IN ADMINISTRATION)**

As you know, the joint administrators were approached by your London solicitors, Field Fisher Waterhouse LLP, with a request that the joint administrators provide a declaration in relation to US Court proceedings which your client wished to commence. It was expressly indicated to the joint administrators by your company and your solicitors that the declaration was to be used in relation to a proposed application being made by you in the United States to prevent the foreclosure sale in relation to certain film rights on the grounds that the company in administration and its secured creditors have or may have interests in the films being sold. There was, specifically, no request and no mention made of any request to assist your client in the filing of bankruptcy proceedings against Mr Bergstein or any related entities.

We are now informed by lawyers acting on behalf of Mr Bergstein that the declaration of Mr Lan has been used by you in connection with bankruptcy proceedings in the United States. We reiterate that the declaration of Mr Lan was never provided with the intention that it be used for such purposes, and no consent has been given by the joint administrators in this regard. The joint administrators therefore request that you immediately withdraw the declaration from the evidence filed in relation to the bankruptcy proceedings. We have provided a copy of this letter to the lawyers acting on behalf of Mr Bergstein and his related entities.

The joint administrators wish to make it clear that they are not taking sides, and have no wish to take sides in relation to any dispute between Aramid and Mr Bergstein. The joint administrators intend to fulfil their duties and obligations in relation to Capitol Films Limited with impartiality and professionalism. As such, the joint administrators disassociate themselves from the unauthorised use of the declaration of Mr Lan, and express their disappointment in the declaration being used for such purposes.

Yours faithfully
**For and on behalf of Capitol Films Limited (In Administration)**

**H LAN – JOINT ADMINISTRATOR**

*Henry Lan is licensed to act as an Insolvency Practitioner by the ICAEW*



Registered Office: 26-28 Bedford Row, London WC1R 4HE
Registered in England & Wales, No. OC339705.

**David Rubin** FCA, FCCA, MIPA, FABRP, CFE.
**Paul Appleton** BA(Hons), FCA, MIPA, FABRP
**Henry Lan** FCA, MIPA, FABRP
**Asher Miller** BSc(Hons), ACA, MIPA, FABRP
**Rod Reeken** ACA, (NZ)
**Stephen Katz** FCA, FABRP