```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  JILL M. STURTEVANT
    ASSISTANT UNITED STATES TRUSTEE
 3  RUSSELL CLEMENTSON (SBN 143284)
    TRIAL ATTORNEY
 4  OFFICE OF THE UNITED STATES TRUSTEE
    725 S. Figueroa Street, Suite 2600
 5  Los Angeles, CA 90017
    Phone (213) 894-4505; Fax (213) 894-2603
 6  russell.clementson@usdoj.gov
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:10-bk-19938-BR |
| CAPITOL FILMS DEVELOPMENT, LLC, | Chapter 11 |
| | APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE AND FIXING BOND |
| | [NO HEARING REQUIRED] |
| Alleged Debtor | |

The United States Trustee hereby applies to the Court pursuant to FRBP 2007.1 for an Order Approving the Appointment of Trustee and in support thereof, states:

1. The United States Trustee has appointed Ronald L. Durkin as Trustee in the above-captioned case pursuant to this Court's Order Directing the Appointment of a Trustee. See Exhibit A.

2. The United States Trustee has consulted with the following parties in interest regarding the appointment of the Trustee: David L. Neale, Counsel for Certain Petitioning Creditors and David Weinstein, Counsel for Alleged Debtors.

3. To the best of the United States Trustee's knowledge, the Chapter 11 Trustee's connections with the debtor, creditors, any other parties in interest, their respective attorneys and

1 | accountants, the United States Trustee, and persons employed in the Office of the United States
2 | Trustee are limited to the connections set forth in the Chapter 11 Trustee's attached verified
3 | statement. See Exhibit B.
4 |     WHEREFORE, the United States Trustee requests the court to enter an Order Approving
5 | the Appointment of Ronald L. Durkin as Trustee in the above-captioned case and fixing the
6 | Chapter 11 trustee's individual bond at $10,000.00.
7 | Dated: 4/8/10
8 |                                                         /s/ Jill M. Sturtevant
                                                            JILL M. STURTEVANT
                                                            Assistant U.S. Trustee

- 2 -

# Exhibit "A"

# Exhibit "A"

3

1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT (SBN 089395)
   ASSISTANT UNITED STATES TRUSTEE
3  RUSSELL CLEMENTSON (SBN 143284)
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   725 South Figueroa Street, Suite 2600
5  Los Angeles, California 90017-5418
   (213) 894-4505 telephone
6  (213) 894-2603 facsimile
   russell.clementson@usdoj.gov
7

**FILED & ENTERED**

MAR 31 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11  In re:,                        ) Case No. 2:10-19938-BR
                                   )
12  CAPITOL FILMS DEVOPMENT, LLC,  ) Chapter 11
                                   )
13                                 ) ORDER DIRECTING THE APPOINTMENT
                                   ) OF A CHAPTER 11 TRUSTEE
14                                 )
                                   )
15           Alleged Debtor.       ) Date:  March 30, 2010
                                   ) Time:  10:00 a.m.
16                                 ) Ctrm:  1668
                                   )
17  _____)

18      The Motion by Certain Petitioning Creditors for the Appointment of a Chapter 11 Trustee in

19  this case ("Motion") was set for hearing on the above date and time. Appearances were made as

20  reflected on the record. The Court having considered the record herein, the arguments of counsel

21  and interested parties, and for good cause appearing,

22      IT IS HEREBY ORDERED that the Motion is granted and the U.S. Trustee is ordered to

23  appoint an interim Chapter 11 trustee pending entry of an order for relief under Chapter 11, at

24  which time the Chapter 11 trustee shall become the permanent Chapter 11 trustee.

25      IT IS FURTHER ORDERED that current management shall maintain all books, records,

26

27

28

| | |
|---|---|
| 1 | electronically stored information and computer servers and not destroy any of these items. |
| 2 | ### |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | DATED: March 31, 2010 |
| 26 | *[signature]* |
| 27 | United States Bankruptcy Judge |
| 28 | |

# Exhibit "B"

Exhibit "B"

```
 1  Ronald L. Durkin, CPA/CFF, CFE, CIRA
    DURKIN FORENSIC, INC.
 2  601 S. Figueroa Street, Suite 2080
    Los Angeles, California 90017
 3  Telephone (213) 225-1110 x 5211
    rdurkin@durkinforensic.com
 4
    Interim Trustee for Alleged Debtors
 5
 6
 7
 8              UNITED STATES BANKRUPTCY COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10                   LOS ANGELES DIVISION
11
12  In re                        ) Case No. 2:10-bk-19912-BR
                                 )
13  THIINKFILM, LLC              ) Chapter 11 Case
    CAPITOL FILMS DEVELOPMENT, LLC)
14  R2D2 LLC                     ) DECLARATION OF
                                 ) DISINTERESTEDNESS OF
15  CT-1 HOLDINGS, LLC           ) RONALD L. DURKIN, CPA/CFF, CFE,
    CAPCO GROUP, LLC             ) CIRA
16                               )
17      Alleged Debtors.         )
                                 ) Date:   [None Required]
18                               ) Time:   [None Required]
                                 ) Place:  [None Required]
19                               )
20                               )
21                               )
22                               )
23                               )
24                               )
25
26
27
28
```

DECLARATION OF DISINTERESTEDNESS

7

I, Ronald L. Durkin, hereby declare as follows. I am not:

- A creditor, equity security holder, or insider (which includes relatives of an individual debtor and persons in control of a debtor that is a corporation or partnership; see § 101(31) for definition of "insider");

- An investment banker for any outstanding security of the debtor, either at present or at any time in the past;

- An investment banker for a security of the debtor within three years before the filing of the petition, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor;

- A present director, officer, or employee of the debtor or of the debtor's investment banker;

- A former director, officer, or employee of the debtor or of the debtor's investment banker within the two years prior to the date of the filing of the petition;

- A person holding an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the debtor or the debtor's investment banker or attorney for the debtor's investment banker.

I declare under penalty of perjury and the laws of the United States of America that the foregoing facts are true and correct, are known to me of my own personal knowledge, and I could and would competently so testify if called upon to do so.

Executed this 8th day of April 2010 at Los Angeles, California

Ronald L. Durkin, CPA/CFF

| In re:<br>Capitol Films Dev LLC | | CHAPTER 11 |
|---|---|---|
| | Alleged Debtor(s) | CASE NUMBER<br>2:10-19938-BR |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

The foregoing document described as: **APPLICATION FOR ORDER APPROVING APPOINTMENT OF TRUSTEE AND FIXING BOND**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On n/a I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

II.    **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **4/9/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒    Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **4/9/10** served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

☒    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/9/10 | Carol Fusilier | *Carol Fusilier* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9021-1.1

| In re: Capitol Films Dev LLC | | CHAPTER 11 |
|---|---|---|
| | Alleged Debtor(s) | CASE NUMBER 2:10-19938-BR |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
n/a

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**
Alleged Debtor
Capitol Development Films, LLC
10960 Wilshire Blvd., Ste 700
Los Angeles, CA 90024

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

EMAIL

| | | |
|---|---|---|
| Alleged Debtor's attorney | David Weinstein | dweinstein@richardsonpatel.com |
| Certain Petitioning Creditors Attorney | David Neale | dln@lnbrb.com |

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1668
Los Angeles, CA 90012-3332

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

10

F 9021-1.1

| In re: | | CHAPTER 11 |
|---|---|---|
| Capitol Films Dev LLC | | |
| | Alleged Debtor(s) | CASE NUMBER 2:10-19938-BR |

<u>**NOTE TO USERS OF THIS FORM**</u>:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category** II. below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I.  **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **4/9/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

☒   Service information continued on attached page

II.  **SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒   Service information continued on attached page

III.  **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

☒   Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1

| In re:<br>Capitol Films Dev LLC | CHAPTER 11 |
|---|---|
| Alleged Debtor(s) | CASE NUMBER<br>2:10-19938-BR |

## ADDITIONAL SERVICE INFORMATION

### SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"))

- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Todd M Arnold    tma@lnbrb.com
- John P Byrne    John.Byrne@byrnelaw.biz
- Russell Clementson    russell.clementson@usdoj.gov
- Joseph A Kohanski    jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Richard Levy    rlevy@pryorcashman.com
- David L. Neale    dln@lnbrb.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- David Weinstein    dweinstein@richardsonpatel.com, bkdeptnef@richardsonpatel.com
- Sharon Z Weiss    sweiss@richardsonpatel.com, bkdeptnef@richardsonpatel.com

### SERVED BY THE COURT VIA U.S. MAIL:
Alleged Debtor
Capitol Development Films, LLC
10960 Wilshire Blvd., Ste 700
Los Angeles, CA 90024

### TO BE SERVED BY THE LODGING PARTY:
n/a

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9021-1.1