LUCIA E. COYOCA (SBN 128314)
RICHARD B. SHELDON (SBN 150092)
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Alleged Debtor
Capitol Films Development, LLC

FILED
APR 09 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

Capitol Films Development, LLC,

Debtor.

CASE NO. 2:10-bk-19938-BR

CHAPTER 11

**ANSWER TO THE INVOLUNTARY PETITION**

DATE: March 30, 2010
TIME: 10:00 a.m.
PLACE: Courtroom 1668
255 E. Temple Street
Los Angeles, CA 90012

Mitchell
Silberberg &
Knupp LLP

2651141.1

Pursuant to 11 U.S.C. § 303(d), the Alleged Debtor hereby files this Answer to the involuntary petition that was filed against it on March 17, 2010 ("Involuntary Petition").

### ANSWER

1. The Alleged Debtor admits the representations in the Involuntary Petition identified as "Information Regarding Debtor".

2. The Alleged Debtor admits that it was a business enterprise. Except as is expressly admitted here, the Alleged Debtor denies all other allegations in the Involuntary Petition that are or may be construed to be inconsistent with this limited admission.

3. The Alleged Debtor denies that any of the Petitioners are eligible to file the Involuntary Petition under 11 U.S.C. § 303(b).

4. The Alleged Debtor admits that it is a person against whom an order for relief may be entered under Title 11 of the United States Code.

5. The Alleged Debtor denies that it is not generally paying its debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount.

6. The Alleged Debtor denies that it owes a debt that is non-contingent and undisputed as to both liability and amount to Aramid Entertainment Fund, Limited, as represented in the Involuntary Petition or otherwise.

7. The Alleged Debtor denies that it owes a debt that is non-contingent and undisputed as to both liability and amount to Screen Capital International Corporation, as represented in the Involuntary Petition or otherwise.

Mitchell Silberberg & Knupp LLP

2651141.1

1

8.   The Alleged Debtor denies that it owes a debt that is non-contingent and undisputed as to both liability and amount to Allied Irish Banks, plc, as represented in the Involuntary Petition or otherwise.

## REQUEST FOR COMPENSATORY AND PUNITIVE DAMAGES

9.   The Petitioners filed the Involuntary Petition without conducting an adequate investigation. For example, and without limitation, they failed to adequately investigate whether the Alleged Debtor was generally paying its debts as they became due.

10.  The Petitioners filed the Involuntary Petition with knowledge that their claims were contingent in certain pertinent respects and were disputed as to amount or liability, or both.

11.  The Petitioners filed the Involuntary Petition as a means of circumventing or evading non-bankruptcy litigation and other means of resolving disputed claims among Petitioners and the Alleged Debtor.

12.  The Petitioners filed the Involuntary Petition in bad faith and for an improper purpose and with the intent to embarrass and harass the Alleged Debtor, its principals and its affiliated entities, and to force the Alleged Debtor to pay disputed debts. Additionally, the Petitioners filed the Involuntary Petition with the intent of harming the continuing business operations of the Alleged Debtors, its principals and its affiliated entities.

WHEREFORE, the Alleged Debtor prays that:

1.   The Involuntary Petition be dismissed with prejudice.

2

2. The Alleged Debtor be awarded its attorneys' fees and costs incurred in defending the Involuntary Petition.

3. The Alleged Debtor be awarded compensatory damages suffered as a result of the Involuntary Petition.

4. The Alleged Debtor be awarded punitive damages against the Petitioners for having filed the Involuntary Petition in bad faith.

5. The Alleged Debtor have such other and further relief as the Court may deem just and proper under the circumstances of this case.

DATED: 4/9/10

LUCIA E. COYOCA
RICHARD B. SHELDON
MITCHELL SILBERBERG & KNUPP LLP

By: [signature]
Richard B. Sheldon
Attorneys for Debtor
Capitol Films Development, LLC

Mitchell Silberberg & Knupp LLP

2651141.1

3

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, California 90064-1683.

On April 9, 2010, I served a copy of the foregoing document(s) described as **ANSWER TO THE INVOLUNTARY PETITION** on the interested parties in this action at their last known address as set forth below by taking the action described below:

David L. Neale
Levene, Neale, Bender, Rankin & Snell LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

David Weinstein
Richardson & Patel LLP
10900 Wilshire Blvd., 5th Floor
Los Angeles, CA 90024

☒ **BY MAIL:** I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 9, 2010, at Los Angeles, California.

_____
Desiree Cabrera

Mitchell Silberberg & Knupp LLP

2631519.1