PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT (SBN 089395)
ASSISTANT UNITED STATES TRUSTEE
RUSSELL CLEMENTSON (SBN 143284)
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-4505 telephone
(213) 894-2603 facsimile
russell.clementson@usdoj.gov

FILED & ENTERED

APR 14 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

CAPITOL FILMS DEVOPMENT, LLC,

Alleged Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:10-bk-19938-BR

Chapter 11

ORDER APPROVING THE APPOINTMENT
OF A CHAPTER 11 TRUSTEE

Date:
Time:   [NO HEARING REQUIRED]
Ctrm:   1668

The Court having considered the United States Trustee's Application For Order Approving

Appointment Of Trustee And Fixing Bond ("Application"), and for good cause appearing,

IT IS HEREBY ORDERED that the Application is approved.

###

DATED: April 14, 2010

_____
United States Bankruptcy Judge

1

| In re:<br>Capitol<br>Films<br>Dev<br>LLC | CHAPTER 11 |
|---|---|
| Alleged Debtor(s) | CASE NUMBER<br>2:10-19938-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574**

The foregoing document described as:    **ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.        TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On n/a I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒        Service information continued on attached page

**II.        SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 4**/9/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SEE ATTACHED SERVICE LIST**

☒        Service information continued on attached page

**III.        SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 4**/9/10** served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a field document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

☒        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/9/10 | Helen Cruz | /s/ Helen Cruz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9021-1.1**

| In re: | | CHAPTER 11 |
|---|---|---|
| Capitol<br>Films<br>Dev<br>LLC | | |
| | Alleged Debtor(s) | CASE NUMBER<br>2:10-19938-BR |

## ADDITIONAL SERVICE INFORMATION

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**
n/a

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**
<u>Alleged Debtor</u>
Capitol Development Films, LLC
10960 Wilshire Blvd., Ste 700
Los Angeles, CA 90024

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL:**

EMAIL

| | | |
|---|---|---|
| Alleged Debtor's attorney | David Weinstein | dweinstein@richardsonpatel.com |
| Certain Petitioning Creditors Attorney | David Neale | dln@lnbrb.com |

The Honorable Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street
Bin Outside of Suite 1668
Los Angeles, CA 90012-3332

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

| In re:<br>Capitol<br>Films<br>Dev<br>LLC | CHAPTER 11 |
|---|---|
| Alleged Debtor(s) | CASE NUMBER<br>2:10-19938-BR |

<u>**NOTE TO USERS OF THIS FORM**</u>:

**1)**      Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**      The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**      **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)**      **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)*:  **ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.**      <u>**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**</u>"**NEF**"<u>**)**</u> – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 4**/9/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**SEE ATTACHED SERVICE LIST**

                ☒      Service information continued on attached page

**II.**      <u>**SERVED BY THE COURT VIA U.S. MAIL:**</u> A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

                ☒      Service information continued on attached page

**III.**      <u>**TO BE SERVED BY THE LODGING PARTY**</u>: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**SEE ATTACHED SERVICE LIST**

                ☒      Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                               **F 9021-1.1**

| In re:<br>Capitol<br>Films<br>Dev<br>LLC | CHAPTER 11 |
|---|---|
| Alleged Debtor(s) | CASE NUMBER<br>2:10-19938-BR |

## ADDITIONAL SERVICE INFORMATION

### SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"))

- David E Ahdoot      dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Todd M Arnold      tma@lnbrb.com
- John P Byrne      John.Byrne@byrnelaw.biz
- Russell Clementson      russell.clementson@usdoj.gov
- Joseph A Kohanski      jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com
- Jeffrey A Krieger      jkrieger@ggfirm.com
- Richard Levy      rlevy@pryorcashman.com
- David L. Neale      dln@lnbrb.com
- United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov
- David Weinstein      dweinstein@richardsonpatel.com, bkdeptnef@richardsonpatel.com
- Sharon Z Weiss      sweiss@richardsonpatel.com, bkdeptnef@richardsonpatel.com

### SERVED BY THE COURT VIA U.S. MAIL:
Alleged Debtor
Capitol Development Films, LLC
10960 Wilshire Blvd., Ste 700
Los Angeles, CA 90024

### TO BE SERVED BY THE LODGING PARTY:
n/a

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**