DAVID R. WEINSTEIN (State Bar No. 082881)
SHARON Z. WEISS (State Bar No. 169446)
HOLME ROBERTS & OWEN LLP
800 West Olympic Blvd., 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
david.weinstein@hro.com
sharon.weiss@hro.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>CAPITOL FILMS DEVELOPMENT, LLC<br><br>Debtor. | Bk. No. 2:10-bk-19938-BR<br>[Chapter 11]<br><br>SECOND STIPULATION FOR ENLARGEMENT OF TIME FOR:<br><br>1) EARLY DISCLOSURES BY DEBTOR AND PETITIONING CREDITORS ARAMID ENTERTAINMENT FUND LIMITED AND SCREEN CAPITAL INTERNATIONAL CORP.;<br><br>2) DEBTOR'S RESPONSES TO WRITTEN DISCOVERY SERVED BY PETITIONING CREDITORS<br><br>DATE: July 20, 2010<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1668 |

#20322 v1 lax

IT IS HEREBY STIPULATED by and between Petitioning Creditors Aramind Entertainment Fund Limited and Screen Capital International Corporation ("Petitioning Creditors") and the Debtor, each by and through their respective counsel of record, that deadlines for certain pre-trial matters shall be enlarged, as follows.

1. This involuntary case was commenced on March 17, 2010. The Debtor has timely answered the involuntary petition and contested its allegations.

2. By virtue of F.R.Bank.P. 1018, F.R.Bank.P. 7026 and F.R.Civ. P. 26 apply to this involuntary case.

3. On April 9, 2010, notwithstanding Rule 26(d)(1) and without obtaining relief from the provisions of Rule 26(d)(1), Petitioning Creditors served on the Debtor Interrogatories, Requests for Admission and Requests for Production of Documents (collectively, "Petitioners' Written Discovery"). Petitioning Creditors contend that responses to Petitioners' Written Discovery are due on May 10, 2010. The Debtor contends that the earliest date on which Petitioners' Written Discovery could have been properly served is May 3, 2010 and the earliest date on which responses could have been due is June 2, 2010.

4. Under Rule 26(f), the parties were required to meet, confer over litigation matters described there and discuss a discovery plan. The parties held their Rule 26(f) Conference by means of conference calls on April 23 and 30, 2010.

5. Under Rule 26(a), the parties are required to make certain "Early Disclosures" to their adversary (adversaries). Pursuant to Rule 26(a), the Early Disclosures in this case were initially due by May 13, 2010. Due to the volume of information that will be the subject of the Early Disclosures and to accommodate calendar conflicts, the parties agreed to defer the Early Disclosures to June 1, 2010. The Court approved that stipulation and the parties have now agreed to an additional deferral.

6. On May 28, 2010, Debtor's counsel requested the courtesy of an additional extension to serve the Early Disclosures and responses to Petitioners' Written Discovery, and Petitioning Creditors' counsel agreed to an extension to and including June 8, 2010. The parties also agreed to a reciprocal courtesy if requested at a later date by Petitioning Creditors' counsel.

#20322 v1 lax

## STIPULATION

Based on the foregoing, it is hereby stipulated:

1. The Early Disclosures shall be made by each party on or before June 8, 2010.

2. The Debtor will serve written responses to Petitioners' Written Discovery on or before June 8, 2010 and will concurrently produce documents as propounded for therein (required thereby).

3. To the extent documents to be produced by any party in response to written discovery duplicate documents to be produced in the Early Disclosures, the parties need produce those documents only once.

4. All parties reserve the right to seek additional time, for good cause shown, should circumstances warrant that relief.

DATED: _____          HOLME ROBERTS & OWEN LLP


By _____
    DAVID R. WEINSTEIN
Attorneys for Debtor


DATED: June 4, 2010              LEVENE NEALE BENDER RANKIN &
                                 BRILL LLP


By _____
    IRV GROSS
Attorneys for Petitioning Creditors
Aramid Entertainment Fund Limited and
Screen Capital International Corporation

2

## STIPULATION

Based on the foregoing, it is hereby stipulated:

1. The Early Disclosures shall be made by each party on or before June 8, 2010.

2. The Debtor will serve written responses to Petitioners' Written Discovery on or before June 8, 2010 and will concurrently produce documents as propounded for therein (required thereby).

3. To the extent documents to be produced by any party in response to written discovery duplicate documents to be produced in the Early Disclosures, the parties need produce those documents only once.

4. All parties reserve the right to seek additional time, for good cause shown, should circumstances warrant that relief.

DATED: June 4, 2010                    HOLME ROBERTS & OWEN LLP


By  /s/  *David R. Weinstein*
     DAVID R. WEINSTEIN
Attorneys for Debtor


DATED: _____            LEVENE NEALE BENDER RANKIN & BRILL LLP


By _____
     IRV GROSS
Attorneys for Petitioning Creditors
Aramid Entertainment Fund Limited and
Screen Capital International Corporation

#20322 v1 lax

2

| In re: Capitol Films Development LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-19938-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Holme Roberts & Owen LLP, 800 W. Olympic Boulevard, 4th Floor, Los Angeles, California 90015

A true and correct copy of the foregoing document described **SECOND STIPULATION FOR ENLARGEMENT OF TIME FOR: 1) EARLY DISCLOSURES BY DEBTOR AND PETITIONING CREDITORS ARAMID ENTERTAINMENT FUND LIMITED AND SCREEN CAPITAL INTERNATIONAL CORP.; 2) DEBTOR'S RESPONSES TO WRITTEN DISCOVERY SERVED BY PETITIONING CREDITORS** was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 4, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Russell Clementson on behalf of U.S. Trustee United States Trustee (LA)
russell.clementson@usdoj.gov

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On June 4, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 4, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**[SERVED BY PERSONAL DELIVERY]**
Hon. Barry Russell
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 4, 2010 | Raul Morales | /s/ Raul Morales |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    F 9013-3.1

| In re: Capitol Films Development LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-19938-BR |

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

David E Ahdoot on behalf of Creditor Directors Guild of America, Inc.
dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com

Todd M Arnold on behalf of Petitioning Creditor Screen Capital International Corp
tma@lnbrb.com

Jeffrey K Garfinkle on behalf of Interested Party Courtesy NEF
bkgroup@buchalter.com, jgarfinkle@buchalter.com

Irving M Gross on behalf of Petitioning Creditor Screen Capital International Corp
img@lnbrb.com, angela@lnbrb.com

Leonard L Gumport on behalf of Trustee Ronald Durkin
lgumport@grlegal.com

Michael C Heinrichs on behalf of Interested Party Courtesy NEF
mheinrichs@omm.com

Joseph A Kohanski on behalf of Interested Party Request for Courtesy Notice of Electronic Filing (NEF)
jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com

Joseph A Kohanski on behalf of Petitioning Creditor Writers Guild of America West Inc
, tjimines@bushgottlieb.com

Peter J Mastan on behalf of Trustee Ronald Durkin
pmastan@grlegal.com

David L. Neale on behalf of Creditor Certain Petitioning Creditors
dln@lnbrb.com

Andrew S. Rotter on behalf of Trustee Ronald Durkin
arotter@grlegal.com

Mark M Sharf on behalf of Interested Party Courtesy NEF
mark@sharflaw.com, msharf00@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

## II. SERVED BY U.S. MAIL

Robert A. Cantore on behalf of Petitioning Creditor Studio Transportation Drivers Local
Gilbert & Sackman
3699 Wilshire Blvd Suite 1200
Los Angeles, Ca 90010

Lucia Coyoca on behalf of Debtor Capitol Films Development LLC
11377 W Olympic Blvd
Los Angeles, CA 90064

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                  F 9013-3.1

| In re: Capitol Films Development LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:10-bk-19938-BR |

Ronald L. Durkin
601 S. Figueroa Street, Suite 2080
Los Angeles, CA 90017

Edward M. Lyman on behalf of Petitioning Creditor Edward Altman
4929 Wilshire Blvd Ste 1010
Los Angeles, CA 90010

Paul D. Rubenstein on behalf of Creditor Acme Trailer Company, LLC
2029 Century Park East Ste 1370
Los Angeles, CA 90067

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1