JEFFER MANGELS BUTLER & MITCHELL LLP
JOSEPH A. EISENBERG P.C. (Bar No. 52346); JULIA J. RIDER (Bar No. 67277)
1900 Avenue of the Stars, Seventh Floor, Los Angeles, California 90067-4308
Telephone: (310) 203-8080; Facsimile: (310) 203-0567; Email: jae@jmbm.com; jrider@jmbm.com
Attorneys for Alleged Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | Bk. No. 2:10-bk-19938-BR |
|---|---|
| CAPITAL FILMS DEVELOPMENT<br>Alleged Debtor. | [Chapter 11]<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSE AND REPLY TO MOTION FOR ORDER RE SANCTIONS**<br><br><u>HEARING DATE:</u><br>Date: October 6, 2010<br>Time: 10:00 a.m.<br>Ctrm: 1668 |

This stipulation is made by and between Petitioning Creditor Screen Capital International Corporation, ("SCIC"), by and through its counsel, Levene, Neale, Bender, Yoo & Brill LLP, Jeffer, Mangels, Butler & Mitchell, LLP ("Jeffer Mangels"), counsel for the Alleged Debtor and Holme Roberts & Owen LLP ("HRO"), former counsel for the Alleged Debtor.

## RECITALS

1. On March 17, 2010, Petitioning Creditors, including SCIC, filed an involuntary petition against Alleged Debtor as bankruptcy case number. 2:10-bk-19938-BR.

2. On August 5, 2010, Jeffer, Mangels, Butler & Mitchell, LLP substituted as counsel for the Alleged Debtor in place of HRO.

3. On September 15, 2010, SCIC filed its Notice of Motion and Motion for Order (1) Determining Amount of Monetary Sanctions to be Awarded to Screen Capital International Corporation in Connection with Previously Granted Motion to Compel Production of Documents (2) Awarding Sanctions to Screen Capital International Corporation and Against Debtor and/or its Counsel (the "Motion").

4. The hearing on the Motion is currently scheduled for October 6, 2010 at 10:00 a.m. and any opposition to the Motion is to be filed no later than September 22, 2010.

1

#1494738 v1 den

5. The Alleged Debtor, HRO and Jeffer Mangels wish to reserve any and all rights to respond to the Motion. Since the religious holiday falls during the response period, and there are potential logistical issues to be resolved as HRO has substituted out of the proceedings, additional time will is needed. Accordingly, the Alleged Debtor, HRO and Jeffer Mangels have requested additional time for briefing, as set forth below.

6. Based on the foregoing, SCIC, Jeffer Mangels and HRO have agreed to extend the response and reply periods for the Motion.

## STIPULATION

A. The Recitals above are incorporated into the parties' stipulation. Each Recital is true and the Recitals are integral parts of this agreement.

B. Any response by Jeffer Mangels, the Alleged Debtor and HRO to the Motion shall be considered timely if filed with the Court and served by noon on September 24, 2010, and served upon SCIC's counsel that day by either personal service, fax or email;

C. Any reply brief filed by SCIC shall be considered timely if filed with the Court on or before October 1, 2010, and served upon Jeffer Mangels, the Alleged Debtor (through its counsel) and HRO by either personal service, fax or email.

Dated: 9-21-2010          HOLME ROBERTS & OWEN LLP

By: _____
TRACY L. ASHMORE

Dated: 9/21/10            LEVENE, NEALE, BENDER, YOO & BRILL LLP

By: _____
DAVID NEALE
Attorneys for Petitioning Creditor

#1494738 v1 den

2

| | | |
|---|---|---|
| 1 | Dated: Sep 4, 2010 | JEFFER, MANGELS, BUTLER & MITCHELL, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | JULIA RIDER |
| | | Attorneys for Alleged Debtor |
| 5 | | |
| 6 | Dated: Sep 21, 2010 | JEFFER, MANGELS, BUTLER & MITCHELL, LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | JULIA RIDER |

#1494738 v1 den

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, Seventh Floor, Los Angeles, CA 90067-4308

A true and correct copy of the foregoing document described as ***STIPULATION TO EXTEND TIME FOR FILING RESPONSE AND REPLY TO MOTION FOR ORDER RE SANCTIONS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***September 21, 2010***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***September 21, 2010,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Served By Overnight Mail*:
Honorable, Barry Russell
United States Bankruptcy Court - Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1660 / Courtroom 1668
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2010 | Claudean Brandon | /s/ Claudean Brandon |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

**I.** <u>**TO BE SERVED BY THE COURT VIA NEF**</u>**:**

- David E Ahdoot    dahdoot@bushgottlieb.com, tjimines@bushgottlieb.com
- Todd M Arnold    tma@lnbrb.com
- Teresa C Chow    tchow@bakerlaw.com, ssuzuki@bakerlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Joseph A Eisenberg    jae@jmbm.com
- Jeffrey K Garfinkle    bkgroup@buchalter.com, jgarfinkle@buchalter.com
- Philip A Gasteier    pag@lnbrb.com
- Thomas M Geher    tmg@jmbm.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Leonard L Gumport    lgumport@grlegal.com
- Michael C Heinrichs    mheinrichs@omm.com
- Joseph A Kohanski    jkohanski@bushgottlieb.com, tjimines@bushgottlieb.com
- Joseph A Kohanski    , tjimines@bushgottlieb.com
- Edward M Lyman    elyman@cochranfirm.com
- Peter J Mastan    pmastan@grlegal.com
- David L. Neale    dln@lnbrb.com
- Andrew S. Rotter    arotter@grlegal.com
- Mark M Sharf    mark@sharflaw.com, msharf00@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Sharon Z Weiss    sharon.weiss@hro.com
- Joseph M Welch    jwelch@buchalter.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**